THE DISTRICT OF COLUMBIA COURT OF APPEALS

333 CONSTITUTION AVENUE, N.W.

WASHINGTON, D.C.  20001

CIVIL DIVISION

~~February 28, 2026~~ 3/1/2026
(we)

Vera Winfield                                      Case No. 2025-CAB-004694

2905 13th Street, N.E.                             1:25-03507

Washington, D.C.  20017

TO THE CLERK OF THE COURT FOR THE DISTRICT OF COLUMBIA,

A MOTION TO APPEAL JUDGES ORDER FROM THE DISTRICT COURT OF THE DISTRICT OF COLUMBIA

INTRODUCTION (FORM IS INCLUDED)

I HAVE EMAILED JUDGE MEHTA NOTICE I HAD NOT RECEIVED A COMPLAINT FROM OPPOSING PARTIES AND SPOKE TO HIS CLERK ON NUMEROUS OCCASIONS TO MAKE SURE I WAS NOT DELINQUENT IN DOING SO.   ALSO, I INFORMED JUDGE MEHTA THAT I RECEIVED THE NOTICE THAT CHARLES COUGHLIN, ESQ. FOR THE GOVERNMENT WAS REPLACING JUSTICE MOYER.

I AM REQUESTING THE OPPORTUNITY TO APPEAL THE JUDGE'S DECISION DUE TO 60B RULE AND THE 60 DAY WINDOW I HAVE TO DO SO PER FEDERAL RULES WITH A FEDERAL CASE.  I HAVE EXPRESSED MY MAIL AND COMPUTERS HAVE BEEN COMPROMISED AND ON 2/27/2026 MY CELL PHONE CONTACTS HAVE BEEN DELETED.

PLEASE FIND ATTACHED, ORDER TO APPEAL AND COPY OF ORDER WITH THE JUDGE'S DOCKET THAT I REQUESTED AND RECEIVED ON 2/21/2026. PERHAPS, THE WEATHER CONDITIONS CAUSED MAILING DELAYS IN RECEIVING A COPY OF SAID ORDER AND UNITENTIONAL NEGLIGENCE.

A COPY OF REQUEST TO FILE MY LAST RESPONSE WHICH I SUBMITTED ON NOVEMBER 4, 2026. I WAS NOT AWARE A RESPONSE WAS ENTERED TO RESPOND TO VIA EMAIL OR MAIL.

I WAS VIGILANT CALLING HIS CLERK TO ASK BECAUSE I WAS NOT GIVEN PERMISSION TO ACCESS THE PORTAL TO REVIEW ANY COMPLAINTS FILED.  I WAS NOT INFORMED OF SAID RULING UNTIL I CALLED HIS CLERK ON FEBRUARY 9, 2026, FOLLOWING A SIMILAR HEARING FOR FAILURE TO NOTIFY PLAINTIFF.

THIS IS SUBMITTED BASED ON JURISDICIAL IRREGULARITIES. I CHANGED DATE FROM 2/25/2026 TO

02/28/2026 ON FORM AND INITIALED DUE TO LACK OF OFFICE SUPPLIES.

I AM WILLING TO MAIL ANY COST TO FILE VIA U.S. MAIL IF A FEE TO FILE IS REQUIRED.

RESPECTFULLY SUBMITTED,

VERA WINFIELD, PRO SE

3/1/2026

Ms. Vera E. Wright
2905 13th St NE
Washington, DC 20017

USCA Case #26-5075    Document #2166870    Filed: 03/23/2026    Page 3 of 3

Retail

UNITED STATES POSTAL SERVICE

RDC 99

20001

U.S. POSTAGE PAID
FCM LETTER
WASHINGTON, DC 20002
MAR 20, 2026

$6.37

S2324E503268-60

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 3529 7934 50

Clifton B. Cislak, Clerk
United States Court of Appeals
For The District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

20001-286699