District Court for the District of Columbia

333 Constitution Avenue, N.W.

Washington, D.C.   20001

NO. 26-5075

SEPTEMBER TERM, 2025

1:25-CV-03507-APM

MAILED ON:   MARCH 6, 2026

VERA WINFIELD,

     APPELLANT

v.

UNITED STATES FEDERAL GOVERNMENT, et. al

     APPELLEES

## MOTION TO ACCEPT OMITTED CONSENT FORM REQUIRED

Please find the consent form to paper filing that was omitted in hand delivered package dated April 6, 2026.  This form was mailed on April 6, 2026, after I discovered that it was omitted.

I apologize for any inconvenience, consent for is attached and signed.  However, I am currently only capable of email and mail due to my inability to log in to Pacer system for this case before you, as I have expressed my systems have experienced cyber-crimes and lockouts on previous correspondence since the start and transfer of this case.

Respectfully Submitted,

*Vera Winfield*

Vera Winfield, Pro Se

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

APR - 8 2026

RECEIVED

2905 13th Street, N.E.

Washington, D.C.   20017

WINFIELDVERA1980@GMAIL.COM

202-882-7023

**FORM 8B. Notice of Unrepresented Person Appearance**

Form 8B (p. 3)
October 2023

## CONSENT TO PAPER FILING AND ELECTRONIC SERVICE

**Instructions:** Please review and check each box verifying your agreement. You must check all boxes to receive service through this court's electronic filing system. If you are submitting this page, do not submit page 2 of this form.

☑ I consent to receive service in my case through email only, and I have regular access to my email account and the internet. I have an active PACER account.

☑ I understand that when I receive a filing notification email (Notice of Docket Activity), I will be able to view, save, and print publicly filed documents once without charge within 15 days but may then need to pay a fee.

☑ I understand that it is my responsibility to regularly monitor my email and docket to ensure I have not missed notifications. I am responsible for ensuring my email account is working and emails from FilingNotice@cafc.uscourts.gov are not treated as junk or spam messages.

☑ I will submit an amended Form 8B to notify the court of changes to my email address. I understand that failure to update my email address or monitor email may result in missed notifications and that the court is not responsible for these missed notifications.

☑ I understand that email service is valid service under Fed. R. App. P. 25 and Fed. Cir. R. 25, even if accomplished on an email address that is invalid due to a failure to timely update information or to verify my email account is functioning.

☑ I understand I will receive service electronically in this case and I must seek leave of the court to file electronically or revert to mail service.

☑ I understand I will receive service electronically in future cases where I am a party unless I file a new Form 8B modifying my service selection in that case.

☑ I understand that the Clerk's Office cannot provide me with technical assistance or support with using or viewing email.

I certify that all information is true and correct and that failure to abide by the above selections may result in delays or adverse actions deemed necessary by the court.

Date: _4-6-2026_    Signature: _Vera Winfield_

Name: _Vera Winfield_

Vera Winfield
2905-13th Street, N.E.
Washington, D.C. 20017



CANCELLED DISTRICT 20??
6 APR 2026   PM 4  L

FOREVER·USA

Clifton B. Cislak, Clerk
United States Court of Appeals
    for the District of Columbia
333 Constitution Ave, N.W.
Washington, D.C. 20001-2866

20001-286699