UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, N.W.

Washington, D.C.   20001

NO. 26-5075

Vera Winfield,

Appellant

v.

United States Federal Government, et. al

Appellees

September Term, 2025

1:25-CV-03507-APM

FILED ON MARCH 6, 2026

## MOTION TO DISMISS FOR LACK OF PROSECUTION WITHOUT PREJUDICE

In reviewing the attached files and efforts to attain a fair and equitable representation for my claims that Federal Government Officials withheld along with Marston Sloan pertinent information and I was revenged by a member of the U.S. Marshall Service and their agencies that were aware of his status quo using his power and authority to do so.  I am a pro se and this is a criminal case rather than being presented as a civil matter.  I further request the courts to allow me time to recover from the trauma and submit the appropriate filings as a criminal case that would have legal barrens and complete evidence to pursue in the appropriate jurisdictional framework and be remanded ACCORDING TO 28 U.S.C. 1447 resulting from working through the case muted as 2025-CAB-004694 to 1:25-CV-03507 to the matter being addressed in No. 26-5075.  I have sent copies to Counsel and mailed Mr. Sloan. Failure to RESPOND to any amended complaint was not intentional dated on 10/6/2025.  I have been extremely traumatized.

I attempted docket filings on March 19, 2026, and resubmitted payment on 4/6/2026 however my health is being challenged at this time, and I apologize for any inconveniences to further

pursue this matter at this time.  I am completing a similar case 2025-CAB-004697 in Superior Court of the District of Columbia.  May the Court and Counsel accept without prejudice.


Respectfully Submitted,

*Vera Winfield*

Vera Winfield, Pro Se

2905 13th Street, N.E.

Washington, D.C.   20017

Winfieldvera1980@gmail.com

202-882-7023 | Dated:  4/6/2026