# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. ~~25-CV-03507~~ /26-5075    2. DATE DOCKETED: 4/6/2026

3. CASE NAME (lead parties only) Vera Winfield v. Federal Government, et al

4. TYPE OF CASE: ☐ District Ct - ☒US Civil ☒Private Civil ⦿Criminal ◯ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ⦿ Yes ◯ No
   If YES, cite statute Shelby County V. Holder • 28 U.S.C. 1447 Be Remanded.

6. CASE INFORMATION:
   a. District Court Docket No. 26-5075   Bankruptcy Court Docket No. ___   Tax Court Docket No. ___
      Civil Action ~~25-CV-03507-APM~~ Bankruptcy ___   Tax ___
      Criminal ___   Adversary ___
      Miscellaneous ___   Ancillary ___
   b. Review is sought of:
      ☒Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Amita Mehta    Magistrate Judge ___ 4/6/2026
   d. Date of order(s) appealed (use date docketed): 4/6/2026    e. Date notice of appeal filed: 3/1/2026
   f. Has any other notice of appeal been filed in this case?    ◯ Yes ⦿ No    If YES, date filed: ___
   g. Are any motions currently pending in trial court? ⦿ Yes ◯ No    If YES, date filed: 3/25/2026
      If YES, identify motion Vacate Motion for dismall in the matter of: ~~2025-CAB-004697~~
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ◯ Yes ⦿ No 25-cv-03507
      If NO, why not? The Judge docket indicated denial of file... I requested. 26-5075
   i. Has this case been before the Court under another appeal number? ⦿ Yes Appeal #~~2025-CAB-004698~~ ◯ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ⦿ Yes ◯ No If YES, give each case's court and case name, and docket number:
      ~~2025-CAB-004697~~ 26-5075
   k. Does this case turn on validity or correct interpretation or application of a statute?    ⦿ Yes ◯ No
      If YES, give popular name and citation of statute State secret Privilege / Totten V. United States

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ◯ Yes ⦿ No   If so, provide program name and participation dates
   Overlooked: 10-5 Remand case to A criminal case to procced.

Signature Vera Winfield    Date ~~3-26-2026~~ 4/6/2026
Name of Party Vera Winfield
Name of Counsel for Appellant/Petitioner - Pro se
Address 2905-13th Street, NE - Washington, D.C. 20017
Phone (202) 882-7023 Fax ( ) ___

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)