United States Court of Appeals

For the District of Columbia

333 Constitution Avenue, N.W.

Washington, D.C.  20001-2866

No. 25-7055

Vera Winfield, Appellant

V.

Federal Government, et. al, Appellees

September Term 2025

1:25-cv-03507-APM

Filed On: April 7, 2026

## Motion to File Out of Time to Docket

This motion is pertaining to the Order dated March 6, 2006; to file as ordered.  Proof of Service by my former assistant that delivered documents on April 6 failed to deliver to Court of Appeals as instructed on Server Page submitted due to the File Clerk instructions. The copy of application attached was mailed to all moving parties/Appellees with necessary question to negotiate with this case.  Difficulty with the Pacer System is currently my technical difficulty as it was mentioned prior to being muted in DC Superior Court that utilizes a different system.  I request the Court to accept this filing out of time pursuant to statues to serve all moving parties.  I ask your decision to be without prejudice and accept the difficulties experienced due to my new mental and physical existence this crime has caused me to respond with appropriately and in accordance to our jurisdictional processes.  Copy of receipt and Server providing a new view regarding 1:25-cv-3507.

Respectfully Submitted,

*Vera Winfield*

Vera Winfield, Pro Se

2905 – 13th Street, N.E.

Washington, D.C.  20017

**RECEIVED**
MAILROOM

APR 1 0 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

WINFIELDVERA1980@GMAIL.COM |202-882-7023

Copies were mailed to:

District Court of the District of Columbia

United States Court of Appeals for the District of Columbia by U.S. Postal Mail Service.