UNITED STATES COURT OF APPEALS

333 CONSTITUTION AVENUE, N.W.

WASHINGTON, D.C. 20001

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAY 2 6 2026

RECEIVED

NO. 26-5075

VERA WINFIELD, APPELLANT

v.

FEDERAL GOVERNMENT, et. al, APPELLEES

SEPTEMBER TERM, 2025

1:25—CV-03507-APM

FILED ON: _5/22/2026_ VW _/SVM_

## MOTION TO ACCEPT SERVICE

ATTACHED IS THE ENVELOPE MAILED FOLLOWING FEDERAL GOVERNMENT'S DISPOSITION. FOLLOWING NOTIFICATION FOR AN APPEAL.

THE UDERSIGNNED IS OF 18 YEARS OF AGE OR OLDER AND DELIVERED ATTACHED LETTER TO MR. MARSTON SLOAN THAT WAS RECEIVED ON MAY 21, 2026, AT 2905 13TH STREET, N.E., AND REQUESTED MY SERVICE TO DELIVER TO 7415 7TH STREET, N.E. ON BEHALF OF APPELLANT.

(CHECKED AS PROOF) I HAVE TAKEN PICTURE __X__ OF MAIL DELIVERED TO SAID ADDRESS

DESCRIPTION OF PROOF

_Delivered to 5154-7th Street, N.E - Correct Address_

OR

I KNOCKED AND GAVE TO AN ADULT AT THE RESIDENCE
___Mr. Marston Sloan___ NAME...?

I SWEAR UNDER OATH THAT I AM NOT INVOLVED OR A PARTY TO THE ABOVED LAWSUIT.

DELIVERED ON: ___5/22/2026___

RESPECTFULLY SERVED AND SIGNED: ___Stephen McManus___

ERICA WRIGHT, A NON-DC RESIDENT or STEPHEN MACMANUS, A D.C. RESIDENT

UNITED STATES COURT OF APPEALS

333 CONSTITUTION AVENUE, N.W.

WASHINGTON, D.C.   20001

NO. 26-5075

VERA WINFIELD, APPELLANT

v.

FEDERAL GOVERNMENT, et. al, APPELLEES

SEPTEMBER TERM, 2025

1:25—CV-03507-APM

FILED ON: MAY 22, 2026

MOTION TO ACCEPT SERVICE AND CORRECT ADDRESS FOR Mr. Marston Sloan

THE CORRECT ADDRESS WAS MISIDENTIFIED ON ORDER OF APPEARANCE AND THE ADDRESS FOR MR. MARSTON SLOAN IS: 5154 7TH STREET, N.E. AS FILED INITIALLY IN THE ALPHA STAGE OF THIS LAWSUIT.   CLEARLY, THIS WAS AN OVERSIGHT DUE TO THE FOLLOWING RESPONSES BY THE APPELLEES AND I WAS NOT FOCUSED ON THE INCORRECT MAILING ADDRESS INTENTIOALLY.  THIS COULD BE COMMON IN CASES SUCH AS THIS.  PLEASE KNOW ALL MAILINGS WERE NOT MAILED TO 5174 7TH STREET, N.E.... I FORWARDED USING MJY RECORDS OF 5154 7TH STREET, N.E., WASHINGTON, D.C. 20011. Stephen McManus, my server, brought it to my attention.

DATED: MAY 22, 2026

RESPECTFULLY SUBMITTED,

_VERA WINFIELD, PRO SE_

2905-13TH STREET, N.E.

WASHINGTON, D.C.

WINFIELDVERA1980@GMAIL.COM

202-882-7023 | 202-264-0734

UNITED STATES COURT OF APPEALS

333 CONSTITUTION AVENUE, N.W.

WASHINGTON, D.C.   20001



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAY 2 6 2026

RECEIVED

NO. 26-5075

VERA WINFIELD, APPELLANT

v.

FEDERAL GOVERNMENT, et. al, APPELLEES

SEPTEMBER TERM, 2025

1:25—CV-03507-APM

DELIVERED AND MAILED ON: MAY 22, 2026

MOTION TO ACCEPT UPDATE AND SERVICE OUT OF TIME

It has come to my attention that Mr. Sloan has claimed not receiving any of my copies and I have attempted to provide him with notice in this way and inform all moving parties that he was and has been notified AND WAS BEING NOTIFIED by U.S. Postal Mail Service WITH NO RESPONSE TO MY CLAIMS OR PREVIOUS RESPONSES AS OF APRIL 6, 2026 proving contempt of a court order.  I MOVE PROPER SERVICE WAS DONE AND HIS REJECTION IS AN ADMISSION OF GUILT TO NOT RESPOND AND DOES NOT RELIEVE THE GOVERNMENT ON THIS MATTER.  Please see the attached documents I have served once more to Mr. Marston Sloan by server and by mail.  Proof of due diligence and act to cause a default by Mr. Sloan on this matter, whom Deputy Marshall Sloan claims never informed him of any pertinent information withheld for revenge or not.  The question rests, would it create the perfect atmosphere for revenge if he were not provided with adequate information.

1

According to 1962 Link v. Wabash Co. with respect to existing independent procedural rule...I submit the following documents to avoid any inactive movements being considered. This is submitted to preserve my claim and to not lose time, money and efforts permanently as a Pro Se. I MOVE FOR AN EXECUTIVE ORDER FOR A RESPONSE TO CLAIMS WITHOUT PREJUDICE with jurisprudence to present claims fairly.

Should Mr. Sloan requests more time to respond I would agree if all moving parties should agree to an extension time for Mr. Marston Sloan to respond to all claims presented thus far including his participation or not with this claim before the courts to date or remain status quo for not providing any reasons for dismissal and he be subpoenaed to testify or represent himself in court on this matter before the Court of Appeals on behalf of the District Court for the District of Columbia to relinquish any doubts of knowing the truth about insufficient evidence to move forward with this matter based on responses and sufficient evidence required for No. 26-5075 moving forward. I was not neglectful or intentionally remiss with this matter of Vera Winfield v. The Federal Government, et.al.

May your decision be in support and favor of the Appellant without prejudice with the enclosed information provided mailed and served on May 22, 2026, following many times served, with or without a picture of delivery upon request if desired. Cybercrimes are real, leading witnesses and appellees are real, and a Pro Se is not inadequate only limited. Private Societies, etc., with ongoing social norms present many obstacles. Deputy Sloan was involved in many agents of private

2

organizations as I had created my own professional affiliations over the years yielding to commit any crimes pertaining to my private life or experiences outside of my own professional integrity and ethics; I protected my own reputation in the public domains; I have worked or lived in thus far until my rights were denied to choose privacy publicly. Attachments are included:  return to sender/Sloan; Orders, Responses mailed to Sloan has been returned with server with this notice and all moving parties via U.S. Mail who have acknowledged receipt of my filings via email or by U.S. Mail Service served with this unusual exception from Mr. Marston Sloan.  He was not forgotten in this case, he was only to be respected for sensitive information and his limited use of computers because of his age and being not married.  It appears all processes create unsavory names and results for women and protects all men solely.

For GOD and Country all "GINA'S" have suffered under one Nation and under their Groove to disrespect women including myself.  Life is about how one is treated to be respected and not what happens to us daily thanks to what America had to endure during CoVid-19 and the risks introduced to all Americans.

DATED: MAY 22, 2026

RESPECTFULLY SUBMITTED,

_Vera Winfield, Pro Se_

3

VERA WINFIELD, PRO SE

2905-13TH STREET, N.E.

WASHINGTON, D.C.

WINFIELDVERA1980@GMAIL.COM

202-882-7023 | 202-264-0734

4

UNITED STATES COURT OF APPEALS

333 CONSTITUTION AVENUE, N.W.

WASHINGTON, D.C.   20001


NO. 26-5075


VERA WINFIELD, APPELLANT                SEPTEMBER TERM, 2025

v.                                      1:25—CV-03507-APM

FEDERAL GOVERNMENT, et. al, APPELLEES        FILED ON: _5/22/2026_ VW

MOTION TO ACCEPT SERVICE


MR. SLOAN, YOU HAVE UNTIL JUNE 24TH TO RESPOND AS AN APPELLANT TO THE ABOVE CAPTIONED LAWSUIT IN PROGRESS.  ORDERS ARE ENCLOSED.  THE DISTRICT OF COLUMBIA HAVE REQUESTED FOR MORE TIME, I CAN NOT ADVISE YOU AS YOUR LAWYER.  HOWEVER, THE ORDER IS ATTACHED FOR YOUR REVIEW WHAT WAS ACCEPTED AND MOVED TO RESPOND TO BY JUNE 24TH, 2026 IS IN THE LETTER THAT WAS RETURNED WITH WRONG ZIP CODE INDICATED.

I APOLOGIZE FOR ANY INCONVENIENCES THIS MAY CAUSE YOU.  IF YOU SHOULD HAVE ANY QUESTIONS, PLEASE FEEL FREE TO CALL AND NOT JUST SHOW-UP UNEXPECTEDLY WITH ANY ANGER OR RESPONSE TO THIS NOTICE.


WITH RESPECT,

VERA WINFIELD, PRO SE

2905 13TH STREET, N.E.

WASHINGTON, D.C.  20017

202-882-7023

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 26-5075

September Term, 2025

1:25-cv-03507-APM

Filed On: March 6, 2026 [2162493]

Vera Winfield,

      Appellant

    v.

United States Federal Government, et al.,

      Appellees

## O R D E R

Because the docketing fee in this case has not been paid, it is

**ORDERED**, on the court's own motion, that by April 6, 2026, appellant either pay the $605 appellate docketing and filing fees to the Clerk of the District Court, see Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion in district court for leave to proceed on appeal in forma pauperis, see Fed. R. App. P. 24(a). See Enclosure. In the event the district court denies leave to proceed on appeal in forma pauperis, appellant may renew that request in this court. See Fed. R. App. P. 24(a)(5).

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellees or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

                       **FOR THE COURT:**
                       Clifton B. Cislak, Clerk

BY:   /s/
           Francis A. Walter
           Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 26-5075

**September Term, 2025**

1:25-cv-03507-APM

**Filed On: May 11, 2026** [2172675]

Vera Winfield,

      Appellant

    v.

United States Federal Government, et al.,

      Appellees

## O R D E R

Upon consideration of appellees' consent joint motion for a 65-day extension of time to file dispositive motions, it is

**ORDERED** that the motion for extension of time be granted. Appellees' dispositive motions are now due June 24, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
     Catherine J. Lavender
     Deputy Clerk



Ms. Vera E. Winfield
2905 13th St NE
Washington, DC 20017



Wrong Address

HAnd deliveR
Rcvd 5/21/2026

Mr. Marston SloAN
7415- 7th Street, N.E
Washington, D.C.

NIXIE        171  5C 1              2205/16/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 20017243805      *2419-01980-15-45

UTF

20017>2438

._.9400920319135080



United States Court of Appeals

For the District of Columbia

333 Constitution Avenue, N.W.

Washington, D.C.   20001-2866

No. 25-7055

Vera Winfield, Appellant

V.

Federal Government, et. al, Appellees

September Term 2025

1:25-cv-03507-APM

Filed On: April 7, 2026

Motion to File Out of Time

This motion is pertaining to the Order dated March 6, 2006; to file as ordered.  Proof of Service by my former assistant that delivered documents on April 6 failed to deliver to Court of Appeals as instructed on Server Page submitted due to the File Clerk instructions. The copy of application attached was mailed to all moving parties/Appellees with necessary question to negotiate with this case.  Difficulty with the Pacer System is currently my technical difficulty as it was mentioned prior to being muted in DC Superior Court that utilizes a different system.  I request the Court to accept this filing out of time pursuant to statues to serve all moving parties.  I ask your decision to be without prejudice and accept the difficulties experienced due to my new mental and physical existence this crime has caused me to respond with appropriately and in accordance to our jurisdictional processes.  Copy of receipt and Server providing a new view regarding 1:25-cv-3507.

Respectfully Submitted,

Vera Winfield, Pro Se

2905 – 13th Street, N.E.

Washington, D.C.   20017

WINFIELDVERA1980@GMAIL.COM |202-882-7023

A copy was mailed to:

District Court of the District of Columbia via Email Intake

United States Court of Appeals for the District of Columbia by U.S. Postal Mail Service.