UNITED STATES COURT OF APPEALS
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C.  20001

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUN 15 2026

RECEIVED

NO. 26-5075

VERA WINFIELD                                    SEPTEMBER TERM, 2025
APPELLANT

                                                 1:25-CV-03507-APM
V.

FEDERAL GOVERNMENT, et.al            DELIVERED-ON JUNE 10, 2026
APPELLEES

### MOTION TO ACCEPT UPDATE AND SERVICE OUT OF TIME

DUE TO A CLERICAL ERROR, I COPIED USING COUNSEL'S SUBMISSION OF APPEARANCE AND INDICATED ISSUE ON LAST UPDATE, I RECEIVED THE ATTACHED CORRESPONDENCE ON JUNE 6, 2026, AS UNDELIVERABLE.  AGAIN, THE ERROR WAS WITHOUT INTENTIONAL NEGLIGENCE THAT THIS CORRESPONDENCE WAS MAILED ON MAY 4, 2026.  I HAVE ENCLOSED AN AFFADVIT OF SERVICE AND COPIED ALL MOVING PARTIES BY EMAIL AND US MAIL. I WILL RETAIN RECEIPT UPON REQUEST FOR PROOF OF U.S. POSTAL SERVICE MAILING WITH CORRECTED ADDRESS FOR MR. MARSTON SLOAN FOR PROOF OF MAILING UTILIZING THE U.S. POSTAL SERVICE ON JUNE 11, 2026 TO MAKE CERTAIN HE IS AWARE OF THE PROCESS.  I NOTIFIED COUNSEL ON A PREVIOUS MAILING OF THIS ERROR.  I AM ASSURED THERE SHOULD BE NO MORE TO MY KNOWLEDGE NOT RECEIVED BY MR. MARSTON SLOAN.

I SINCERELY HOPE THIS IS ACCEPTABLE CONSIDERING SLOWER THAN USUAL POSTAL U.S. MAIL DELIVERIES AND RESPONSES ARE OCCURING BEYOND MY CONTROL AND JURISDICTION. INCLUDING MY LIMITED ABILITY TO USE TRANSPORTATION.

MR. SLOAN'S RESPONSE ON THIS MATTER IS VITAL TO SUPPORT HIS SUPPRESSION OF INFORMATION REGARDING HIS OWN SON.  WHOM HIS SON SAID HE WAS TOLD; HE WAS NOT HIS SON.  ADOLPHUS ALSTON SLOAN'S BEST FRIEND ALLEDGEDLY KEPT HIM INFORMED AND HE WAS A CLIENT AT MY BARBERSHOP FOR 30 YEARS AND MENTIONED NOTHING TO ME REGARDING MARSHALL SLOAN.  I NEVER MET ADOLPHUS ALSTON.  MANY FIREMEN WHO WORKED WITH MR. MARSTON SLOAN WERE ALSO CLIENTS WHOM I KNEW IN SCHOOL AND WERE FRIENDS OF MY FAMILY AND NEIGHBORS.  MR. SLOAN IS A FORMER FIRE CHIEF IN THE DISTRICT OF COLUMBIA.

IT APPEARS THAT ALL WERE FUNCTIONING FROM A J6 STATUS WITH THE MARSHALL SERVICE. I NEVER KNEW OF THIS STATUS OR THE APPOINTMENT OF MARSHALL SLOAN. I WAS ONLY ACQUAINTED WITH HIM FOR A FEW MONTHS NOT TWO YEARS AS I HAVE ASSESSED MY TIME SPENT IN HIS COMPANY ENJOYING A FEW OUTDOOR ACTIVITIES AND EVENTS. I AM INNOCENT OF HIS CLAIMS. MAYBE HIS JOB BECAME TOO MUCH FOR HIM AND THE REINDEER GAMES ESPECIALLY REMEMBERING THE HONORABLE CLARENCE THOMAS AND CHAMPIONING THE SUBJECT OF THE OVER-REACHING AUTHORITIES OF THE FEDERAL GOVERNMENT ADDRESSING THE QUESTIONS OF SOVEREINTY. I WAS NOT TOLD OF THE MEANING OF A PRE-TRIAL OR J6 STATUS UNLESS IT WAS TRUE. I ONLY LEARNED THE ACCOMPLICES THAT WOULD ASSIST MARSHALL SLOAN IN THIS REVENGE WHO MAY HAVE HAD OTHER REASONS TO DO SO. I LEARNED OF THE J6 STATUS IN THE MARSHALL SERVICE WHILE WATCHING A CONGRESSIONAL HEARING RECENTLY WITH DIRECTOR DAVIS OF THE U.S. MARSHALL SERVICE. I WAS INFORMED HE WAS AN ACTIVE MEMBER WITHOUT ANY INTERRUPTIONS TO HIS CAREER PREFERENCE OR CHOICE. THERE WAS NO EVIDENCE OF HIS CLAIMS BEING MANIFESTED AS GOSSIP AND RUMORS.

JUDGES ARE UNDER ATTACK AND SO WAS I AS A LAW-ABIDING CITIZEN AND HGHLY ACCOMPLISHED AND RESPECTED BY MANY OF MY PEERS. I REPRESENT ALL THE HONORABLE MEN OF COLOR IN MY OWN FAMILY THAT SERVED CITIES AND THIS COUNTRY IN FIGHTING FOR THE RIGHTS TO BE AMERICANS IN AMERICA. MY RIGHTS WERE DENIED WITH NO JURISDICTIONAL PRIVILEGES TO DENY MY RIGHTS. NO JURISPRUDENCE WAS CONSIDERED. NO EXPLANATION OR CONSIDERATIONS OF MY OWN REPUTATION. JUST MY ASSESTS AND MY OWN ACCOMPLISHMENTS WAS PLANNED WITHOUT ANY QUESTIONS OF ANY JEOPARDIZING SITUATIONS BEING IN QUESTION AND PRESENTING ANY DOUBTS TO INQUIRIES WITHOUT HEARING A QUESTION FIRST. SHOOT FIRST AND ASK QUESTIONS LATER WAS UNNECCESSARY, HOWEVER, SEEDED IN A J6 MIND WITHOUT LAW ENFORCEMENT EXPERIENCE WOULD BE DANGEROUS AND DISRESPECTFUL TOWARDS ALL CIVILIANS. I KNEW NO BACKGROUND INFORMATION ABOUT EDWIN SLOAN. IN THE EVENT, HE WAS SPECIAL NEEDS OR BOARDERLINE.

I MET MARSHALL SLOAN, WHILE I WAS WORKING AND IN COLLEGE NEAR CHRISTMAS OF 1991 AND WE WENT OUR SEPARATE WAYS IN THE EARLY SEASON OF 1992. I STRUGGLED IN SCHOOL FOR A MINUTE IN CONFUSION; HOWEVER, I CARRIED 26 CREDITS IN THE FALL OF 1992 AND FINISHED MY COLLEGE DEGREE. I HEARD OF NO SITUATIONS ABOUT MARSHALL SLOAN THREATENING MY FUTURE. HE SHARED WHAT WAS HAPPENING TO HIM BEFORE WE MET RECENTLY IN 2022. I WOULD HAVE SUGGESTED YOU LOOKED FOR REASONS BEFORE MY GOOD NAME WAS KNOWN OR I WAS APPROACHED BY MARSHALL SLOAN.

PERHAPS, THIS IS THE ART OF J6 DETAINEES. MY COMPREHENSIVE SKILLS AND STUDIES ON QUESTIONS OF LIABILITIES, EDUCATION AND ALL LEGAL PARAMETERS SHOULD CONFIRM MY REQUEST FOR THE RELIEF I HAVE REQUESTED WHILE NOT OVER-REACHING MY PERSONAL AND PROFESSIONAL WORTH AND RESPECT FOR MYSELF AND EDUCATION. IT IS NOT MY PHILOSOPHY TO SHOOT FIRST AND ASK QUESTIONS LATER ON ANY SUBJECT THAT WOULD MATTER TO QUALITY-OF-LIFE ISSUES.
I MAJORED IN PJILOSOPHY AT HOWARD UNIVERSITY THAT I CHOSE PHILOSOPHY AND IT WAS NOT MY FIRST CHOICE.

DATED: 6/10/2026

RESPECTFULLY SUBMITTED,

_Vera Winfield_

VERA WINFIELD, PRO SE
2905 13TH STREET, N.E.
WASHINGTON, D.C.  20017
WINFIELDVERA1980@GMAIL.COM
202-882-7023 OR 202-264-0734

DATED: JUNE 10, 2026; RESPONDING TO PROOF OF SERVICE
DATED: JUNE 11, 2026; COPIES MAILED TO MOVING PARTIES

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

Unless all parties to the case, including you, are electronic filers, you must serve each document you file by sending or delivering it to the opposing side. Complete this form and include it with the document that you file and serve.

1. **Case Name:** _Vera Winfield_ v. _Federal Government, et. al_

2. **Case Number:** _No. 26-5075_

3. **What documents were served?** Write the full name or title of the document(s)

   _Motion To Accept Update and Service Out of Time_

   _____

4. **How was the document served?** Check one:

   ☑ Placed in U.S. Mail

   ☑ Hand-delivered _(proof w/ photo)_

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☐ Sent via email [if the other party has agreed to accept service by email]

5. **Who did you send the document to?** [Write the full name and contact information for each person you sent the document.]

   _Marston Sloan_     _All Moving Parties Mailed 6/11_

   _Hand Delivered 6/10_

6. **When were the documents sent?** _Hand Delivered: 6/10/2026  mailed: 6/11/2026_

7. **Who served the documents?** [Whoever puts it into the mail, emails, delivers, or sends for delivery should sign, and print their name and address. You can do this yourself.]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: _Stephen McMenis_   _Vera Winfield_

Name: _Stephen MacManus / Vera Winfield_

Address: _2905-13th Street, N.E. - WDC  20017_

CERTIFICATE OF SERVICE      JDC TEMPLATE, UPDATED 11/2024