United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUN 1 5 2026

RECEIVED

NO. 26-5075

September Term, 2025

1:25-cv-03507-apm

Filed On:  May 4, 2026

Vera Winfield,

> Appellant

v.

United States Federal Government, et. al

> Appellees

## MOTION TO AMEND DISPOSITION and UPDATE

Appellant request to amend Disposition Out of Time to address with an oral argument to 'No Amicus Curiae' filed by the United States Federal Government and on behalf of the Director of the United States Marshall Service pertaining to United States Marshall Edwin Donovan Sloan. Unintentionally neglected to respond adequately to moving parties by Court Order.  They are amicus curiae for the basis of this lawsuit on behalf of U.S. Marshall Edwin Donovan Sloan who provided  reasons for revenge.

This Appellant is submitting responses as a Pro Se without legal representation and has no access to the on-line Pacer System after several attempts to obtain access limiting my discovery for required responses.  The Appellant has a new cell phone number to be reached in the event of an emergency and email remains the same as indicated. The District of Columbia is a sports town and relies on tourism, as well as the ability to maintain Intel for the safety of this country and its citizens.  The burden of proof rests on the government for their lack of knowledge leading up to the claims I have submitted to the Federal and Local Government regarding the illegal insurgence I experienced for the lack of information suppressed.

I move that the Federal Government, et. al not be dismissed from representing their arguments pertaining to issues raised and employed or appointee U.S. Marshall Edwin Donovan Sloan's clear messages for revenge or forms of retaliations that the Office for Administrative Hearings would be privileged to have knowledge of the details of his status.  As a former member of the Warrant Squad with the arrest of Eric King and publicity, I fail to believe the denial of any pertinent information that would remedy my complaint(s) permits their obligations to provide me the consolation towards my trauma, violations of personal and private rights as a citizen of the District of Columbia having suffered this injustice.  No amicus curiae; their role as friend or as an expert pertaining to the subject of 'Intel' capabilities and employable members of their own respective Agency; is strongly questionable.  I have not been informed of any schedule for oral arguments at this time.

The question of time lapses to expunge records of the whereabouts of appellees and person of interest poses additional problems.

The District of Columbia Government requested a 65 day stay due to their workload and will enter their disposition on June 24th, I request all filings, arguments and responses be mailed to me to avoid not responding to their arguments or dispositions in a timely manner until I secure a new code or account to gain access to the on-line submissions to respond to their filings. I have emailed all moving parties and mailed a copy to Marston Sloan and the Court of Appeals.

I humbly apologize for providing any arguments to dispositions filed as an oral argument and ask for this update and response be acceptable to the Court submitted on May 4, 2026. Accepted as an update to the Court as indicated with Order filed on March 6, 2026, to provide an update in 30 days, and accept Response to Appearances submitted by Appellees for the Federal Government and District of Columbia Government. I will be represented as a Pro Se until further notice. Appellant remains firm on relief requested in the amount of $5 million dollars for relief.

Respectfully Submitted,

Vera Winfield, Pro Sé
2905 13th Street, N.E.
Washington, D.C.  20017
WinfieldVera1980@gmail.com
Home: 202-882-7023 | Cell: 202-264-0734
Dated:  5/4/2026

Vera Winfield
2905 - 13th Street, N.E.
Washington, D.C. 20017

NSN

CAPITAL DISTRICT 208

4 MAY 2026  PM 2 L



Mr. Marston Sloan
7415 - 7th Street, N.E
Washington D.C. 20011

NIXIE        171   CE 1           2206/01/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF      BC: 20017          *2217-01805-04-44

20012-170115



USCA Case #26-5075    Document #2179085    Filed: 06/15/2026    Page 6 of 6



Ms. Vera E. Winfield
2905 13th St NE
Washington, DC 20017

**Retail**



UNITED STATES
POSTAL SERVICE®

**RDC 99**

U.S. POSTAGE PAID
FCM LETTER
WASHINGTON, DC 20017
JUN 11, 2026

20001    **$1.07**

S2322P501630-8

The Clerk
United States Court of Appeals
333 Constitution Avenue, N.W.
Washington, D.C. 20001

20001-286699