United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

NO. 26-5075

September Term, 2025

1:25-cv-03507-apm

Filed On:  June 25, 2026

Vera Winfield,

    Appellant

v.

United States Federal Government, et. al

    Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUN 25 2026

RECEIVED

APPALLANT MOTION TO PROSECUTE FOR RELIEF

I filed on March 6, 2026; for the Court of Appeals to review the evidence of my claims based on misuse of power and authority with sovereignty and jurisdiction regarding U.S. Marshall Edwin Sloan and his quest for revenge WITH THE SUPPRESSION OF INFORMATION AS A MODE OF CONDUCT.  This will address any failure to respond to Counsel for not receiving a request to respond while this case was in the District Court for the District of Columbia based on Irregular Jurisdictional Proceedings that did not provide a response to Counsel for lack of receiving Counsel's response.

The former Honorable Eleanor Holmes Norton was familiar with my family in North Carolina as a child and my family in Washington, D.C.  She would have known his mental state of mind prior to appointment, during and after any administrative decisions were taken to place him in a detainee status.  I invited the Congresswoman to speak at my conference in D.C. as I served as President of the National Association of Barber Boards of America and the first female barber to serve as Chair of the Barber and Cosmetology Board; She addressed me not on this matter.  The Congresswoman would be familiar with the financial standings of my family.  My aunt was her babysitter as a child.  Nancy Ware was appointed by President Obama the same year Marshall Sloan was appointed and should have been aware of his mental status.  The governmental oversights refused to oppose his appointments knowing the status of his appointment and mental state of mind.  This created a threat of revenge on both local and executive levels without the objections of the Agency's he was serving and representing. This disregards all matters of civil rights and human rights that were afforded to every American Citizen with our Laws and Legal Documents to protect me as a citizen.

The decisions of three women have caused this calamity, and my decision was accurate and the allegations by Marshall Sloan are false.  This was comprised due to the reputation of the family of my mother and father for misusing their power and authority to take advantage of me.  I strongly questioned his mental motor skills and stability shortly after we were introduced.  As I have witnessed others while working in my profession throughout my career; during the duration of this claim and with locals known and unknown.  In their efforts to conceal their own truths and honesty.

The suppressed information is no longer suppressed by this evidence and the state of mind of a U.S. Marshall who was appointed and recommended by women WITH OBVIOUS MENTAL MOTOR SKILLS ISSUES.  The government should have appealed the decisions rather than support these false allegations against me without sufficient evidence to support his thoughts for revenge.  The Federal Government should have appealed his appointment under President Obama.  This

2

is an example of overreaching power and authority and maximizing an unnecessary insurgence that I had to contend with and the District of Columbia residents today in the efforts not to address the reasons for his revenge towards me and the officials that disappointed him with Governmental Oversight and placement of Pre-Trial Marshall Detainees.  While he is not taking any accountability on this matter before the courts today including the Federal Government.  The Federal Government had full knowledge, and I did not.  This was a case of entrapment and unwarranted entanglements with misinformation and the information that was known by Government Officials.

I met Congresswoman Norton in her office in 2017 with the Office of Cable, Television, Film and Entertainment and Nancy Ware was an occasional client at my salons.  I invited Nancy Ware who was appointed by President Obama to work with the Operations of Prisons as a guest speaker at my Women's Program to help women deal with trauma and violence on many levels towards women in 2018.

I sincerely respect men and women in government, however, to support revenge should not be their jurisdiction to manage their own roles in government with the assistance of the public.  The Government and others suppressed information to cause violence against me.  The main reason, GREED.  The lack of my submission to his claims and the lack of evidence to his claims are unfounded and not truthful.

I am requesting 5 million dollars.  I would be willing to substantiate this claim upon the Court's request.  I am considering restraining orders to be put in place, protection and time to relocate or time to regain the comfort of feeling comfortable again as I now struggle with adjusting to these acts mentally, physically and financially to make firm decisions regarding my future.  Unlike the reasons persons supported the career of U.S. Marshall Sloan and his own endeavors and disrespected my own future pursuits.  He made perfectly clear his limited decisions for his career choice at lunch at Franklin Restaurant in Hyattsville, Md in 2021.  No one informed me he was inactive based on any reasons I would be aware of.  If Marshall Sloan said my response to him the last

3

time, I saw him was, I said: "It's not so bad", I learned this response from my own

 mother that had to constantly protect her children and husband from predators and the following statement was: Do not make matters worse which I had no time

to say to Marshall Sloan.  I implied nothing with the statement he may have rested on and it correlated to his presentation and posture that was confusing.

May the results of his decision prove along with the support of Government Officials, he made it worse.  I was innocent of said allegations in all its entirety in this unusual political climate and ritual to humiliate me as many Judges exist in the same climate today.  I am not a part of 18 US 115 statute as to doing harm to a police officer.

In conclusion, this behavior exemplifies man and woman's desire to steal the sovereign authority of GOD and the Throne of the Prince of Darkness in this world.  I am not a forensic scientist; however, my opinion would be the same based on these human behaviors I have witnessed and those claims and results. This burglary, trespassing and humiliation tribunal was about the core reasons they desired my home and aimed to disrespect me.

May the Court's rule fairly and without prejudice to judge for relief or a continuance if necessary to prove beyond shadows of any doubt.

Respectfully Submitted,

*Vera Winfield*

Vera Winfield, Pro Se
2905 13th Street, N.E.
Washington, D.C.   20017
WinfieldVera1980@gmail.com
202-882-7023 ~ 202-264-0734

I have mailed and emailed the moving parties that provided their emails and delivered this document by server to the Clerk of the Court of Appeals for the District of Columbia Circuit on June 25, 2023.

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

Unless all parties to the case, including you, are electronic filers, you must serve each document you file by sending or delivering it to the opposing side. Complete this form and include it with the document that you file and serve.

1. **Case Name:** _Vera Winfield_ v. _Federal Government, et. al_

2. **Case Number:** _No. 26-5075; 1: 25-CV-03507-APM; Sept. Term 2025_

3. **What documents were served?** Write the full name or title of the document(s)

   _Appellant Motion to Prosecute for Relief_

   _____

4. **How was the document served?** Check one:

   ☑ Placed in U.S. Mail

   ☑ Hand-delivered

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☐ Sent via email [if the other party has agreed to accept service by email]

   UNITED STATES COURT OF APPEALS
   FOR DISTRICT OF COLUMBIA CIRCUIT

   JUN 25 2026

   RECEIVED

5. **Who did you send the document to?** [Write the full name and contact information for each person you sent the document.]

   _Clifton Cislak, Clerk_          _Charles Patrick Lane c/o_
   _All moving parties were mailed:_     _Perry Coa._
   _Marston Sloan_          _____
   _Kenneth Adebonojo_          _____

6. **When were the documents sent?** _6-25-2026_

7. **Who served the documents?** [Whoever puts it into the mail, emails, delivers, or sends for delivery should sign, and print their name and address. You can do this yourself.]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: _Stephen McManus_

Name: _Stephen MacManus o/b/o Vera Winfield_

Address: _2905 - 13th Street, N.E. - Washington, D.C. 20017_

CERTIFICATE OF SERVICE                                JDC TEMPLATE, UPDATED 11/2024