# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Vera Winfield

v.

Federal Government, et al

USCA No. 26-5075

USDC No. _____

RECEIVED
JUL 2 0 2026

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

## AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: Vera Winfield

Date: 7-20-2026

My issues on appeal are: No legal grounds or process for eminent domainant and failure to establish proceedings and framework by Appellers, Relief requested Suppressing information.

SCA Form 31
ev. December 2018

-1-

Court of Appeals for the District Circuit Court
333 Constitution Avenue, N.W.
Washington, D.C.   20001

No. 26-5075

Vera Winfield, Appellant                    September Term, 2025

v.

Federal Government, et al                   1:25-cv-03507-APM

Appellees                                   Filed: 7/19/2026

## MOTION NOT TO DISMISS BASED ON RULE 8 ESTABLISHING EMINENT DOMAIN WITHOUT DUE PROCESS OR CAUSE ACCEPTING THIS FILING OUT OF TIME

Council for the Metropolitan Police failed to provide oversight by suppressing information regarding the Political Appointment of Sloan's known popularity, Sloan was taking advantage of using his own predetermined power and authority to campaign for revenge and eminent domain proceedings without due cause or the framework for public support acting on his own.

Circumstances pertaining to Deputy Marshall Sloan that has spanned over forty years providing my suffering and violations I have mentioned during filings with discoveries should not be dismissed based on rule 8 and time restrictions to develop a hate campaign to defame my own character and denials afforded by our Constitution and Human Rights Bill to establish his rights for any said eminent domain should not favor the Appellees for relief without due process extended to Appellant.

This Appellant has attempted to follow instructions and forcible compliances and demands to have the freedom to prove my claims are

Marshall Sloan was given time and permission to campaign for Revenge seeking eminent domain. There was no legal notice or process seeking eminent domain for a public need with no written offer or paperwork to support this request. The Appellee's did not follow guidelines to secure and act upon with eminent domain proceedings according to our laws to enforce was not adhered to.

I object to the anti-slapping to dismiss based on Rule 8 considering new procedures not afforded to open courtroom settings with concise on spot deliberations that would provide a pro se a natural setting for plain and concise specifics for explanations pertaining to the required clarity with questions not raised or asked to be addressed by Counsel based on the overreaching authority with knowledge of Revenge and no confessions or evidence to the claims of Marshall Sloan and any truth having denied the Appellant opportunity to appeal said accusations. There has been no due process afforded to the Appellant regarding to his claims to experience the illegal siege of my life, liberty and freedoms via eminent domain.

The generosity allowing a Pro Se the leniency to limit information to plain and simple explanations during my current state of mental and physical anguish should not be denied with leniency according to the original Order. The Appellees sought eminent domain without a legal notice, offer or legitimate legal authority causing denial of my knowledge and rights to a notice.

The use of my professional expertise as a self-represented Appellant should be acceptable under your strong advisement. Both law enforcement agencies concealed vital information that accusations was intentionally produced to allow unprovable claims from an officer and failed a thorough investigation prior to acting on his claims from an unauthorized inactive position of power and authority to assume his actions were acceptable, legal and legitimately protected by our

statutes.  He encouraged his own public notice to participants whom are not protected by Agency statutes or procedures, to act on his behalf and under his orders, and failed to provide notice.

The Appellant asks to not dismiss based on Rule 8 and consider the following: The Appellees were of knowledge that Marshall Sloan should not as a Detainee given authority or protected to act on his own to commit crimes based on Revenge or eminent domain proceedings as a J6 Pre-Trial Marshall and Detainee.

There was no oversight based on jurisdictional privileges. I am awaiting a courtesy copy of the Depositions from the Federal Government and Mr. Marston Sloan that I have not received today to accept or oppose any dismissal without a resolution that warrants relief within the law.

The Appellant pleads Mercy to the Court of Appeals in not holding me to Rule 8 as a standard and Pro Se to not dismiss this case with prejudice based on any submissions which were not intentional to disrespect or disregard Rule 8. May the Court of Appeals favor Appellant and grant relief.


Respectfully Submitted,

Vera Winfield, Pro Se
2905 13th Street, N,E.
Washington, D.C.   20017
WinfieldVera1980@gmail.com
202-882-7023


A copy will be provided to Appellees.