# UNITED STATES COURT OF APPEALS

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

VERA WINFIELD,

    Plaintiff-Appellant

v.

UNITED STATES FEDERAL
GOVERNMENT, et al.,

    Defendants-Appellees

No.  26-5075

Civ A. No. 25-3507



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUL 31 2026

**RECEIVED**

## <u>MOTION FOR SUMMARY AFFIRMANCE FOR PLAINTIFF-APPELLANT</u>

The Appellant/Plaintiff received motion by the Federal Government on Friday, July 25th due to no access and request Counsel to mail all correspondence to avoid not responding within 7 days of receipt of motion. I could not use double spacing or auto number for pages due to computer glitches and co-pilot is not functioning properly and the use of other correct writing tools is of no assistance to me as my lawyer representing me on a misdemeanor claimed by my neighbor made this known in court, I was using the computers in the

courthouse and there library until my equilibrium starting giving me trouble. The misdemeanor was dismissed.

May the court of appeals apply the full extent of leniency for this self-represented pro se under duress and has remained in shock with fainting spells not frequently but alarming enough for me to pace myself and keep hydrated without realizing when my blood levels drop low and I faint is my watchful time to not harm myself since this crime occurred.

May the Court of Appeals support the Plaintiff with her explanation of the Counsel's statutory laws and my limited ability to file with perfection the response acceptable.  Please consider the following:

Statutes of Limitations since 1992 returning to no sender claim with my fluids and his being tested for evidence in 1992.

No Fear Act and No Discrimination Act of 2003 for All governmental workers.

No misleading statements to persuade the Judge or Jury to support without a trial or jury in a courtroom that will not be compromised and know the plaintiff or defendant to not judge with blind faith or unfairly as was accomplished with Vera Winfield v. The Federal Government, et. al

I have provided additional information that supports for a full summary for the Plaintiff as the results of defraying the Government and public trust to a fair representation of my own version of Edwin Sloan's story and life's work with the

2

influences his mother created married to Mr. Marston Sloan who was betrayed by her in questioning whether he was Edwin's father or not.  This is an old fathering game some women know but men have always known in trying to recreate with the ultimate tag of bringing a child in this world attached to the mother and her wealth or good looks depending on their own fantasies of what they desire to hope to create.

These are Edwin Sloan's and his mother's affiliations from his early years with a long list of government influencers with the network of people his mother was known and she had a unique look that was likely marked as born from a jackal and he continued to revenge the Government and me for unknown reasons I don't know why it relates to me as revenge or the abuse his mother received because of her looks and social networks made known in Washington, D.C.

The mystery of the devil gave birth to a son with a jackal.  I know she had eyes on her all the time.  I am certain would use her to their own advantage in Government with all the private societies and parties that are not Christian Based at all.

Rhode Island Row was a social club many officials and women met their husbands in agency jobs like firemen and police.  My Godmother met her husband there was a Deputy Chief for MPD.  She was known in my neighbor at the age of my godmother who was a social butterfly as Mrs. Sloan was described and both my godmother and my own mother would be targeted because of the social butterfly networks gossip

3

about the more fancy and flashy women they partied with or were in the neighborhoods.  A woman's jealousy is full of wrath.

All events after 1992, should have been using the oversight of the No Fear and No retaliation Act to not manifest the needed questions whether our laws comply with the protection of government employees, local or federal or were created to protect citizens from unlawful applications used by Government or assailants building their own Sail Boat with our laws manifesting a breach of trust in all their applications not correcting with the enactments to avoid misconduct in our Government and all Governmental Affairs.

The Practice of our Common Law was not considered to avoid the birth of revenge and retaliations that were solely one person's desire, the enactment that corrects the loopholes in contradicting a defendant or citizen with knowing the limitations Government must work under to not teach discrimination and forms of retaliation towards any person.

My mother and I were discriminated and the government had no liberty to support punitive damages or revenge for Edwin Sloan on speculative moment in 1992 where he said what is this…what people say when you see what someone else has and you're a thief looking for something or angry someone broke something in the house and that is what a father would say to get answers as my did on numerous occasions after work coming home to find something out of place.

Women and men choose to support a friend not in the government community usually affiliated by association with the women who were.  The women in government should be held at the same standards as men in government remembering as a government worker or leadership there is a remembrance of the Act for all workers that was published in 2002 of No Fear Act that covers any predetermined plans in 1992 to not be enforceable by law of a new established rule to govern the governments influences to retaliate on governmental or in the private sector while employed in Government.  Edwin used women to conceal the truth of his limited abilities in navigating through life and his choices to be recommended was for the political access to revenge each other in government while working in Government.

This is overreaching to allege it does not apply to me from people in Government taking their personal problems to work and to say The No Fear Act was not published in 1992 and no information Act or Discrimination Act was published in 1992 that should provide government transparency to conceal purpose and intentions without any warning signs for me.

This allowed all to choose changes to improve our government and transparency is decided by someone in government based on their favoritism and someone chose Mrs. Sloan because she worshipped the devil and her looks appeared as a human jackal that a man found intriguing at Government Parties where I was taken to be walking into my future and this predisposed crime designed by women in politics that uses Mrs. Sloan to entertain themselves with the men in government as a woman who

looked like she was born from a jackal and Edwin is her mirrored image he was consumed by her looks and his that he was Satan's Son and with that popularity his pride and vanity was over the top.  The joke was I looked like Satan and could have been his daughter and that would make me a choice to become his mother under the incest proctoring process.

I was not respected as my own woman because of the minds of men and their lack of knowledge and formulations of how a woman should be admired and women do the same towards other woman waiting to find reasons to hate a woman for them to feel more like a woman.

This should not be the predicate, new or old model to acquire justice in this way or approach to gain access to another woman's wealth and heritage or legacy.  This is plain human nature at its worst stemmed from the reactions of a man that responds before he thinks.

This was comprised by the ability to infiltrate my own mother's heritage attempting to manipulate me in how she experienced jealousy because of her looks and my looks compared to Sloan's mom and Eleanor Holmes Norton in politics and lawyers with relationships with Judges is the exact opposite.  This was the art of Good and Evil while prioritizing whom would be the next victim amongst women with the attempts of men to create a better Nation.

All women would call this case frivolous, but women are treacherous and would plan to disgrace women based on beauty rather that the art of images in the bible.

Eleanor Holmes Norton knew the two room shack on a corner lot where my mother grew and what was attached to her family in N.C. and Virginia from many other areas in the United States of America with many people from her home town working as governmental officials including the man she said she claimed as her brother because of his looks as a MPD officer that was my Godfather.

My mom had no brothers growing up, the women took care of their lands and life while avoiding rape and harassment in those days.  In those days women may have encouraged it just like this retaliation was orchestrated by Mrs. Sloan reputation and the women she socialized with in Government on behalf of her lifestyle, looks and networks she partook in with women in this city.  Because of Mr. Sloan, she became a married women in all governmental affairs where she danced in the same party Edwin Sloan invited me to dance as a blind date.

Answering to the MPD and local officials assisting in their own ways not mandated or authorized with all knowledge until the chess board and dominos were set.

Edwin Sloan's mother worked in the system as was popular and known.  Her directions could have provided momentum with Congresswoman Norton to influence people from Capitol Hill and the Court System.  I never met her, and I am convinced she

7

was a social woman in government known by many being the former wife of Marston Sloan. She disappeared when Edwin Sloan was a child, and I encouraged him to seek her out for answers as Edwin and Marston Sloan chose to disappear with a city-wide GAG Order, and his publicity excelled as his mother was known in D.C. politics as a federal or government employee which in 2002 A No Fear Act was established and no retaliations from governmental employees. Edwin was following in his mother's footsteps for popularity and told him how she had to disappear to challenge her personal and professional employment or social network involvements with the reputation she established known or unknown by the Government. Her history and his was kept a secret.

His information or targets could have been information about people she was familiar with, and they were familiar with her. He was operating with intel from his own mother and Congresswoman Eleanor Holmes Norton who were friends.

Also, since I encouraged him to seek his mother out to amend his hate for her. Edwin Sloan may have been more delighted to impress his mother and knowing her connections and government secrets shared with him, he was accepted favorably in the social female networks in private societies and the government.

His reputation was built on the shoulders of his father and mother whom his father questions if he was the father of Edwin. His mother's relationships with the women in government and a man she had an affair with could have

8

provided the support for the city to pursue knowledge of Mr. and Mrs. Sloan being an intricate part in the dynamics of the political scenes in Washington, D.C.

I never learned about his mother, and he never spoke of her. Whether employed in the courts, capitol Hill or the D.C. Government she would also be held accountable with the government communities for a No Fear Act and no retaliation Act to support working and partying with both branches of government.

Edwin Sloan educated how to serve the Mammon with our social norms in the absence of his mother and with no federal standards or government standards to speak to the acceptability to this practice with our laws. Something politically controversial happened to his own mother that is kept a secret. That would encourage revenge for her before seeking revenge towards me. It was a known statement that Congress Fauntroy at a Baptist Convention stood up and stated that a man of the cloth cannot serve man and the Mammon at the same while I assume politics was being fused in the Baptist Convention with Congress Fauntroy who had his own church as a minister in D.C. and popular. He was accused of fundraising monies during the Obama Election in Washington, D.C. where Edwin Sloan was appointed to serve in a capacity that is disclosed to the public by Eleanor Holmes Norton.

I learned long after I was hired and I never judged or witness him doing anything illegal to fatten his pockets and not represent the District of Columbia with positive improvements

9

in a non-voting session but working in committees diligently that made great efforts to secure human and civil rights for people of color once known as a sanctuary city.

This may have provoked them to provoke me and there seems to be a consensus of people knowing Edwin Sloan on how to serve the Mammon by which Edwin Sloan believes is his service to mankind with no consideration of life, liberty or Justice being appointed as a High Priest for the Mammon or he was appointed by the public he communicated with as a favor for his mother.

While attempting to create Washington, D.C. as the nation that serves the Mammon and not the Governments which is what his mother and her family worshipped that could solve our social dilemma's as a sanctuary city for freed slaves and with the support of the Saints whereby he was a member prior to being appointed to the Federal Government and a picture he sent me with the hand language he did it for the Saints. He did it for his mother's reputation having been humiliated by Government along with the challenges of women in government. Not women that worked to protect their families from female predators seeking their own Glory Days for retirement or enhancements. The women in politics with the image of the footsteps of Mrs. Sloan and her girlfriends gained the support for Edwin Sloan and this art of revenge and retaliation the courts and government knew of.

He was chasing the ghost of his mother while others were chasing the ghosts of my own mother whom he hated initially

and encouraged him to discover her side of the story without depending on the rumors of others not to hate his own mother and speak with her to get her side of the story for leaving him as a child.  She was the best-known influencer in political dances and circles with the men in government that he said was the only one that helped him.  I was never told he needed help or was harmed at all by me while being instructed by his mother and her governmental affiliations or social networks and connections in Washington, D.C. to Rodeo me as a sacrifice. He was the splitting image of her, and she would be present anywhere he showed up to be remembered.

This was to honor his mother and himself for their public, social networks, governmental influences while working in government and their choice of employment that Edwin Sloan desired to compete with her known reputation in Government Circles and Social Networks chasing her popularity while creating his own supported by the women in this city and admired by all sports fans that were mostly men.

What laws protect politicians in government social engineering another woman competing with his own mother's affiliations in Government.  As this was conspired as a Hush Hush Sweet Charlotte Sloan from Charlottesville, North Carolina web of deception from women in politics raised and in government from North Carolina and their discriminatory jealousy from women from South Carolina of the fair skin women raised in North Carolina that travelled her using the Green Book following the emancipation proclamation to release all slaves,

11

He was chasing his mother's ghost and popularity with women in government while others were chasing the ghosts of my mother's relatives.

I was not informed of any GAG Orders or reasons for a GAG order that watch dogs were instructed to support Edwin Sloan from Eleanor Holmes Norton's Office where I googled and could have been friends with and captured an old picture of him walking towards her in her office in 2020 and I contest any such order and oppose the decision of Judge Mehta's Order R.3,27 based on the provisions and guidelines for all political appointments as an appointee voted to assist an agency with intel in making our city safer and he is honoring a GAG Order the Government or D.C. never informed me he was in a mental hospital  or relieved of his duties nor I never knew the jealousy and popularity of my mother from her hometown in North Carolina that followed her here in Washington, D.C. as others followed me prior to Edwin Sloan and then accelerated their own efforts and personal interest to.

The City was ...sharing information about him and he was sharing his own information about himself he acted upon and provided not his original reasons to meet me with his explanation that was not true but at first sight it appeared he was as a politician campaigning with female politicians supported by the men in government.  He said the same thing that happened to me happened to him and must of happened to his mother.  The No Fear Act of 2003 is in direct opposition for governmental employees and federally appointed agents being retained on federal property and in federal buildings

12

employed or related to should not engineer revenge or retaliations.

Washington D.C. is not a state and Eleanor Holmes Norton took federal privileges, overreaching her jurisdiction along with or without Edwin Sloan and determined her federal privileges to assist her residence in remembrance of her reaching retirement and her friend Mrs. Charlotte Sloan with the help of Edwin Sloan on her own reasons getting involved that the government should have been aware of and not with absolute power to assist with my mom's estate whom she was familiar with before I met Edwin Sloan and focused on human and civil rights litigations  as a former law student and lawyer during the height of civil rights movements and with knowledge to architect the denial of anyone's civil rights privileges for an advantage and coordinate with MPD, the Federal Government and Congresswomen and men to support her own endeavors for revenge and retaliation jealous of my mother's good looks and her family where she was from time to time growing up. Maybe her mom needs help with her and asked my aunt to assist with her behavioral problems as a child creating her thoughts for revenge.

Edwin Sloan interpreted and misused his idea of power and authority including Eleanor Holmes Norton who was uncooperative when I reached out to her regarding Edwin Sloan and used his popularity instead with Judge Mehta as he was informed on how to rule and did not provide me a fair opportunity as a Pro Se to learn sufficient and short responses that Counsel put forth with a ton of laws that have

13

compromised the truth of the role, power and authority and federal permission granted to seek revenge while placed in holding in a detainee status while spending time in a mental hospital where he was unavailable to the public to seek revenge except while housed in a mental hospital he educated that population as he did wherever he was placed since 1992 on behalf of his mom and Eleanor Holmes Norton not the focus of the U.S. Marshall Service.

The District of Columbia does not have a vote on the floor to approve without his senate approval revoked or disengaged for federal positions based on not normally regulated qualifications and solely based on his popularity and athletic abilities and not ordinary hiring practices. He required protection from his public annoyances and my life was at risk for lack of knowledge about him. The deficiency question counsel omits regarding R.27 ("Mem. Op.II") is the hidden equation and purpose of his appointment and reasons for Edwin Sloan based on his popularity and not his abilities to perform within the guidelines for political appointees/appointments requiring democratic and senate support for placement withholding information about Mrs. Charlotte Sloan and the intentions with Congresswoman Eleanor Holmes Norton who had to learn to dance together in social and political arrangements.

Discovering the traditions with the local government and in my neighborhood who helped him he was permitted to become an Egyptian beetle for all the women from my house to Rhode Island Avenue where all black women and social butterflies met their

14

husbands that way in the District of Columbia.   Edwin accommodated many women in my neighborhood to taking them home from pulling them out of crack houses during 1991 prior to our introduction to each other.

Magnifying the Moses Laws of old with our laws that should protect social networking within politics or government seeking a new Eden for themselves from all and any women who were targeted and chosen to be escorted through their political masquerades.  His appointment was revoked due to unknown federal violations.  The he continued to finish the desires of Congresswoman Eleanor Holmes Norton despite his revocation of his power and authority or misuse to accomplish revenge and retaliations that were not just for his unproven claims but the claims from Congresswoman Eleanor Holmes Norton who had her own personal reasons with my own mother and her family. This is no speculation; it is the absolute truth as I listened to the stories of my parents and grandparents of all they encountered along the way trying to protect themselves from predators and perverts.  My dad told stories of gay men at dance hall's in the Navy and white women that made him offers during deliveries after repairing their T.V.'s who lived downtown in fancy apartment buildings.

What does any of this has to do with Edwin Sloan and my no sex clause to cause no harm and become an unwedded mother with the commanding personality of him towards women of what he wants when he wants something and I did not agree with His way

or the Highway philosophy, he knew everything about me – he is everybody's friend, and he told me his stories while working with the U.S. Marshals and individuals he assisted to not get detained downtown doing unnecessary paperwork or not required or authorized paperwork for his position as a political appointee using a selective process for his future objects to one day I'll make you an offer you cannot refuse and that was me the entire time prior to Edwin Sloan targeting my Mother. I always change my locks on all of my doors whenever my friendship ends, or family moves out from staying or visiting for a short period.

Edwin Sloan did not behave as a virgin, nor indicate he was a virgin, and I was on a no contact sabbatical and did not desire to have sex because I was in college trying to focus under extreme family home drama going on at my dad's house and trying to maintain a peaceful environment for myself. I was quiet about Sloan because he was quiet about everything that was related to his social network and future goals  as any potential definition as to why I was there with him and not leaving him with any harm caused by me that would have harmed him at all with his intentions of harming me with his relationship with Eleanor Holmes Norton with the women in Government and being praised by men because was good at basketball to gain their support and focus on him.

The watchdogs attempted to revoke me while supporting his claims without my knowledge as a non-senate approved political appointee.  Hill, a secret service agent on President Kennedy

detail was in the thoughts of Edwin Sloan while Sloan's stomping grounds on Kennedy Street, N.W. was known and Eric King and his enterprise on Kennedy Street, N.W. – He walked me down from Capitol Hill working for Congress Fauntroy to Shepherd Street, N.E and Kennedy Street, N.W. to design a plan to enslave my mother in the hatred from the women who knew her in D.C. and North Carolina with the women in her family having no sons and just daughters.  They had to work like a man with no brothers, and they all were successful married women.  Would women from South Carolina and were of darker complexions or not the same physical attributes as women like me or my mother be jealous – Yes, before black-on-black crimes were an issue and 'The Black Lives Matter Movement by the Women in Washington, D.C".  Mrs. was light skinned but worshipped the darkness and would be a member of the Black Lives Matter Movement.  As women remember why they were jealous of one another during my sibling's childhood years in Washington, D.C. witnessing the hate and jealousy towards their own Mother pretending to her friend.

My parents did not socialize in private, political or governmental gatherings or parties and neither did I.  We were called homebodies loving the place We called our home together at home not the public or public at large where everybody knows your name because you desire them too.  That was not the way I was raised or desired.  Edwin Sloan manipulated the system with Congresswoman Eleanor Holmes and her circle of friends including Mrs. Sloan for a woman's movement to revenge another woman and their mother they were jealous of.  I was a

17

victim and target abused and used by Edwin Sloan knowing their intentions based on their own popularity they built for themselves. I did not cause a health crisis for Edwin Sloan, all of this was manipulated, and they breached all governmental policies and laws to protect me and my own mother before I was born. The reason for the element of surprise is to blindfold the victim of all their possible information with their intentional intentions to promote this as justice or fair game. There were breaches in Government that have caused this to happen to me, and I should be compensated for their plans to make me suffer without a test with my juice mixed with his juice to assume it was their alleged assumption of I had a STD.

He was on detail with Anita Hill and Judge Clarence Thomas. He was a risk and known as a risk and put my life at risk as an informant for the U.S. Marshall Service. My story of any involvement with his alleged demise should not be considered to support his claims. Watchdogs would not have been required if information was not made public as the Government deemed to tell the story and the federal government did not swab me for proof. My character and reputation were compromised with a GAG Rule in place to protect his identity and liabilities or future appeals against the Federal Government assisting women in Government and caracoling with the men in government and law enforcement.

The social norms of the District of Columbia Government failed to operate with discretionary information and evidence sealed by The Federal Government to protect those who breached

information to partake in criminalizing someone.  Thus, creating a field day trip for school minded kids at my expense not respecting decisions by the Federal Government or abiding by the common laws created to discourage governmental criminalization with the No Fear Act being introduced and educated to local and federal workers working in government including judges in our court systems.  Since accountability many acts were put in place to alter the outcomes of our laws and statutes as people learned the loopholes to criminalize individuals, citizens, politicians and governmental officials including the office that supports in accomplishing their work as a leader in Washington, D.C. and

pertaining to Edwin Sloan taking matters into his own hands without Federal approvals but support from men due to sports and protect the social and political women in this city regarding their own concerns.

 Edwin Sloan was their problem and not mine or my own doings to be held for any punitive damages.  Edwin Sloan said I should be paid for all he put me through.  I was surprised by a photo of an image with a batman tattoo to gain sympathy for his cause.  It was the women that encamped dreams for themselves politicking for Edwin Sloan.  Women in Education, Politics and Government were involved.

The LGBTQ weeps and cared for him and assisted him with his classmates from Mackin High School and American university who have moved in the neighborhood recently and are familiar with Edwin Sloan.

The No Fear of Act (Anti-discrimination and no retaliation act) of 2002 enforced October of 2003 requires federal employees and whistleblowers retaliation act be trained in a work environment free of discrimination and retaliation. Eleanor Holmes Norton posted Edwin Sloan's resignation that was submitted in 2015. As a former Federal Employee, he had no authority to retaliate or campaign for revenge with the support of whistleblowers having no retaliation act outside a federal governed procedure without a proper assessment process, offer to a resident, etc. with protocol proceedings and workplace guidelines and may require a senate approved request for eminent domain proceedings or alleged punitive damages with no seizure with required federal authority to request; not even President Obama could approve this on his own.

It was never about me it was always about my mother and her Sisters.

However, he was trained by your agency and planned while not employed with your agency in violations of his duties to discriminate and retaliate by securing support from federal branches or local to support this decision to surrender me to a Taxpayer's Association and non-federal government accountability to keep the government accountable while my family taxed the federal government for land they needed to use my family owned. See the picture…. Jealousy, Revenge and preplanned insurance programs by federal and governmental appointed employees with their constituents and friends they

met along the way including Judges whereby they all created their friend networks while working.

While local men were jealous of her husband.

This created a Chinese Parade to block any support for me to be offered and rendered a fair decision and excuse all his involvement, actions and

activities as a former represented officer.  The District of Columbia was his work environment as a federally appointed officer unless his status was changed by a congressional revocation of his limited power and authority to be assumed he could pursue by Sua Sponte for his revenge and retaliation demands with the D.C. government or the agency he operated out of or inside his federally held position that was not deactivated to full right and privileges and the statues we share are not considered with the common laws crated to avoid the abuse of our laws were developed for inter-agency accountabilities and for the Government to maintain policies to avoid these types of liabilities.

The laws of our country to be abused in this way – he broke all the company rules in the Federal Government by allegedly saying he contracted an STD.  I know he did not during an existential moment. All Watchdog reports should not be credible or used against me and their reports if received should be discarded for the freedom to tell their alleged truth with electronics from my home and conversations with Edwin Sloan should not be admissible with unofficial privilege to siege any conversations or

recent pictures with Edwin Sloan on my phone that was stolen and reported.

There is an Agency that Sloan served with policies that guides our Government with common laws to correct the applications of the laws Counsel is proposing as a mean to avoid not being held accountable prior or post and enacted Act to be known by all Government Officials and their employees without encouraging for public support to assist in breaking new rules to do government business in Washington, D.C. illegally and maliciously against their new common laws that redirected the use not to misuse our statutory laws.

The Appellant was told in 2021 by Edwin Sloan I did not have two nickels to rub together and accept a wooden Nickle from him and the women that culminated on behalf of his mother while men supported his popularity as a great basketball player will not replace this obvious intention to take advantage of me and my own mother for women who like dancing in the dark.

My mother had the Nickles the women and others knew about and her family with this Carolina Swing heading to California.  I was supporting myself and had more than two Nickles to rub together in 1992.  They stole all the clothes and my jewelry boxes from 1992.  I do not live in a shoebox rowhouse as Edwin lived and his own mother who asked him to speak to me to deter the Sister Act of both men and women.

22

A rear window decal in remembrance of his mother was on his grey navigator truck. Maybe he was using the words to speak to me from his mother that was friends with Eleanor Holmes Norton and her network and separation of the wheat from the chaff missions is how they choose to pick cotton.  Norton knows about picking cotton.

Edwin was working as a backseat lawyer since 2012 when he was released from his detainment process following federal detainment assignments up until 2021.  The women took care of him and then he joined the men in the LGBTQ community for their support.  My mother was more popular than Satan and I was too.  We were hunted and they misused their power and authority to gain access to the property.

I oversaw and stewarded on behalf of Larry and Bea.  The beautiful ones that did not need a social climate to exist in to be happy together as I never searched to be a part of others for my own personal reasons when there are more than two there  is always a crowd in Washington, D.C.  I can get lost in a crowded room and I am happy.

Pertaining to Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297-98 (D.C. Cir. 1987) (per curiam) a unanimous agreement by judges in the court where Edwin Sloan was popular with Judges and his mother in the D.C. Circuit to campaign for the empathy based on his own decisions to support without my submission of guilt or responsibilities towards his claims voiced since 1992

23

when his physical condition was not compromised for visual effects when it is emotionally disturbing today.

He should be ignored by the origination of art in 1992. Men use to get stuck in zippers all the time and STD's have their own personality and time to be revealed from all of my own Health issues searching many subjects on a variety of health concerns and risks with medicine.

The watchdogs involved do not pay taxes and must be sworn in to enforce break-ins and entering by non-official federal officers and not approved by congress or fraudulently hiring under hiring practices not approved as a state by another entity that must make known their criminal records in public domains if hired by federal agencies or the courts were not approved by the Senate to take part in these proceedings. The courts moved to revoke my privileges because congress revoked Edwin Sloan's privileges.

This is not justice served this is a tennis match he arranged with Love being the final score the desires from the women his mother had relations within this city and was navigating his future for their own interests to blame for access. Now, women are in the fathering game. What in the world is going on; they were jealous of my mother and men ridiculed my dad because their wives were not like their wives. I was just a subject of interest to get to the pot of gold for their desires and Edwin Sloan will appear as a civil rights leader.

24

The process of utilizing the tax payers alliance to predetermine a day to schedule an execution of elected or non-elected politicians to determine my liberties, freedoms, enjoyment and peaceful enjoyment of my home was engaged to create a record of my travels and involvement since 1992 without providing me the access to knowledge that this process is not about holding our government accountable but persons involuntarily involved with elected or no-elected politicians or me without a request for information to be placed on a watch list to monitor my everyday accounts.

My privacy was violated.  His request to be compensated should be denied.  His formulation with California mental minds and New York State of minds found in music identifying with their knowledge, no respect to statutes of limitations for persons with disabilities to be held accountable to attribute to a non-federal takeover for the lack of his credentials.  People with disabilities can tell time and see the dates on a calendar, the know statutes of limitations.  Especially if Edwin Sloan taught them they should know it was not possible to achieve.  This is all with full knowledge he never thought the same referencing his son when I told him I spoke to him over the phone he knew Edwin was more like his mother than he was working from a man's perspective for his own accomplishments by himself.

He was not authorized to work under the command of his Agency to request Revenge.  His unemployment or displacement was an unrelate complaint that does not include his claims or desire for any type of Revenge under southern union rules not in the union

in his mind and not the U.S.A. laws Counsel is raising for dismissal for any proof my statements are false and for not providing the proof of why I requested the relief. I can do the math and if they see the first wave of unpublished items stolen they would not doubt I was from a working class and productive environment as quality was important with all I desired learning from the best families to learn how to choose wisely.

I was hazed because Edwin Sloan is a Alpha Man and had tags on his red amigo truck and I was hazed at the U.S. Marshall Service Christmas Party with Edwin Sloan. The black and gold Greek Fraternity In Sigma. FRAT brothers who are lawyers, judges and in our legal system with a sister Soror on many levels of government and the community. This accessed non-affiliated and affiliated government officials with support of the public Edwin Sloan campaigned designing his own Federal Reserve Bank not as an enlisted U.S. Marshall that has territory privileges.

The U.S. Park service oversees land disputes in D.C. as the Government et. al could not prevent CoVid-19 designed by Edwin Sloan with the appointees in the White House not officials of both Government's majority vote and proven by proclamation D.C. falsified to create and authorize without required signatures or authorization since 1992 misleading and leading the Governments to support outside the limits and statutes to file a claim to provide me any notice chasing my own mother at home with her husband with her by his side.

26

Maybe, they were made cause Jimmy fell in love with her and was in a slump like Edwin. The inter-agency needs a no touch or contact outside the Government with constituent privileges not violated.

All for the lack of knowledge in 1992 and assumed privilege he created as a new process that should not have been approved of, considered or supported legally in respecting his own union with the Federal Government who searched and sieged/tacked my home without a warrant, reasons to pursue or they allowed the public to do it on their own.  While attempting to serve foreclosure documents illegally served without jurisdictional privileges in D.C. that I had to fight in court in 2024, which is my volleyball jersey number #24.  Eleanor Holmes Norton cannot move such a request that easily, nobody liked her on Capitol Hill.

Counsel is not representing Edwin Sloan fairly for espionage against his union and their union with their motions governed by inter-agency changes on how to do business in D.C. as a government employee and be held accountable for their own wrongdoings why Counsels request should be dismissed stemmed from a Hate Crime unpublished and never read in the D.C. Register where my dad worked for the government printing office publishing Capitol hill and courthouse books and District upcoming regulation changes and introductions to Congressional Decisions and all political appointments were never printed for me to be aware of these wrongful acts of hate crimes conspired by Edwin Sloan.

27

I heard great stories about Satan when I was young but not like this situation by Edwin Sloan as a self-made High Priest for Satan a desire from his own mother. That denies my religious freedom to choose and my own philosophy. I am living in my sister's world that had to always look for something in her purse constantly. This was designed as reverse psychology to promote gaslighting me with their conflicting concepts on how to do law and dial M for murder and reflect on what others may desire to hear and contest this illegal process for punitive damages for Edwin Sloan should have never been proposed with my juice desiring the juice of my own mother to get stronger in Washington, D.C.-They should tested my juice in 1992.

I only attended political fundraisers just like the Christmas Party at the U.S. Marshall Service building that I do not remember what building I was in. Just as I know his fire engine did not dock in my station with no dry rub, wet or dry vacuum. This is absolute knowledge, and I cannot be charged for punitive damages hiding the truth and intentions from the Government with Edwin Sloan and his mother's friends to take advantage of me and my own mother's wealth.

I am a teacher by nature, being forced to pay for an accusation that does not belong to me is abuse as he created to donate my world to charity. I was threatened while in his union was disregarding the No Fear Act of 2003 or not being a target for a known federal informant and others active in 1992 without federal authority to impose my protection with Edwin Sloan on the scenes. Maybe I was his don't shoot me with this is my plan

28

in the future secret squirrels and Bullwinkle's world of human antennas coding and receiving messages in Washington, D.C. – A Most Wanted without being posted or notified I was wanted for any crime.

From inception to conclusion, I was present as the final opportunity for meaningful interaction and as a participant in activities organized discreetly, with intentions established prior to Edwin Sloan's involvement to support their objectives.   The Saints Worldwide in Washington, D.C. is going to be a challenge thanks to Edwin Sloan.

My shame as a woman is not the shame as Edwin Sloan received; my shame is worse than any man as he solicited, I should not be shamed and violated.  His hands were dirty in city politics and mine were not.  I never mentioned anything about him except with my own mother.  He knows how to keep a secret.

The original established of Watchdog, Inc plan was to hold Government
accountable not a citizen.  I elected to withdraw campaigning for City Council, including all attempts of marriage proposals to abuse me as a woman.  We had one existential experience and deemed LOVE as losing all value existentially.  He was protected; it was not me.

Edwin Sloan never offered a proposal for me to agree or disagree with or said we had a baby, or I never said I would have a baby with him.  His baby was the New Year's Eve Baby designed by the

29

designing women in this city with their political affiliates to be corrupt as running their imagined syndicate in their minds.

He had more to hide than I did with or without a confession from me he expected I would confess to as this City assumed I would. I have nothing to confess that concerns Edwin Sloan. This was betrayal and entrapment and abuse of our laws ignoring the enactments that have attempted to slow down criminal activities on the streets and in Government.

Both the Federal and Local government had no federal rights for revenge for Edwin Sloan pertaining to governmental policies all should be familiar with if they get a packet when enlisted or hired. Who was covered by the union with a special permit to serve the Federal Government or the District of Columbia as a political appointee trying something new off the books of law for Revenge or punitive damages with my name on the Governments watch list. They escorted me and did not marshal me under the American Flags as domestic terrorism laws in America having been created to answer these claims as a terrorist. This was a version of Domestic Terrorism not Democracy Now.

The Federal Government knew he was detained as a violent criminal with federal charges in detainment as a detainee I was not informed he was captured for illegal activities because I would have contacted them to avoid any false allegations, that he would devise with advice from women as they helped king

revenge when there was no evidence, he would plan revenge without my knowledge having no evidence in 1992.

I was to be notified that a violent criminal charged with a union charge was being released with plans to take revenge on me or threats on the Government were exasperated using the idea I provided the petroleum, and I did not. Eleanor Holmes Norton did, if he had to thank her for his appointment maybe someone should check. According to the Operation of Prisons to warn a woman of a man that may cause her harm as indicated in earlier submissions with the D.C. Superior Court and Judge Mehta prior to his rulings quoted by Counsel that does not support their own policies and their illegal tribunal to think no one knew what he could do and forgot his charges.

Again, I was never aware or had a clue in relation to a sex crime and evidence of a sex crime. I know when someone is pulling my leg as Edwin. The women that supported him and men celebrated him watching my mother and me the entire time drilling ideas to save a special day for their desires hated my brother who was the Winfield Alpha. It begins with my mother and her popularity before Washington, D.C., everyone wanted to be my friends with me, and I waited to see if it were true. I have no friends because it would not accommodate criminals in Washington, D.C. I met associates and colleagues and no friends looking for my mom's beautiful hands with their knuckles looking for her Nickles

.

A woman's dream is to see her husband die first.  It was not my desire because I had no husband.

The standard allowed for Edwin Sloan will be a standard the Government will not be able to change in future political appointees, politicians and leadership in this country. This Old in the Closet Politics will be reborn as a new union to do business and known as their duty created by Edwin Sloan breaking all the rules and laws.  He endangered me as an American based on my merits and not his.  I do not watch the news or gossip with onset fake news on T.V. or social gatherings and political meeting to be impressed with popular people.  His mother did and he chose to do the same.

Common law was created to review our laws to discover its accuracy of laws created as society, an individual lone star and environments change and evolve to adhering to No Federal laws. I should not have to appeal to the D.C. Superior Court, District Court for the District of Columbia or Court of Appeals regarding interpretations on every law in question that was not in compliance with his appointment or inter agency policies. I have nothing in common with Edwin Sloan as my own person and individual citizen making no decisions according to Edwin Sloan with the lack of adequate information and abusing the No Fear Act and no discrimination Act introduced in 2003.  And should have reviewed any previous policies governmental entities must comply to.

Why laws are not corrected and compromised to color ill intentions to support non-governmental oversight and this is against my birthrights as an American Citizen, the Government should pay me punitive damages for the unproven accusations not directly from me to the ears of Justice that outlines the truth and not what the public wants to hear about escorting me around since a child desiring the world of my own mother.

All depositions should be dismissed based on plans by a new creation Edwin Sloan chose to work with and not with the Government or local politicians or Congressional leaders in Unisom by union standards compromising judicial processes, new rules to correct and amend our statutory laws and governmental engagements with the public and citizens in our cities or a state. A thorough review of inter-agency policies supersedes any laws to defend a government appointed official.

Counsels' motions are not accurate to the amendment of government procedures and processes that work side by side with the internal functions of our government. The laws of our country should not sway decisions and votes disregarding fair practices he agreed to practice as a political appointee and dismiss all measures towards any punitive damages to be awarded in remembrance of Edwin Sloan. He was misleading the public, the Federal Government and myself to gain access to wealth by any means necessary. He does have his mother's eyes.

While citizens hunt to find discovery on cases not published for review and are not taxpayers sworn in by Congress to do so on a federal matter as their obligations to support Edwin Sloan and deny my attempt for a fair review of the facts without his influence to govern decisions to allege, I owe for any punitive damages that Eleanor Holmes was working on asking him to be appointed for her use in D.C. ground controls for her misdealing's and other women that want to think like a man and do business with men in government and feel unwelcomed seeking women like my mother to take advantage of and like myself.  Any woman raped in the dark times of country living could have raped by a man a woman desired him to rape and not because she is in the wrong place at the wrong time.

The District of Columbia is not a State, I was provided NO notice of his claims or threats, the public's involvement or conversations relating to his claims in 1992.  Statutes of Limitations should have discouraged public involvement and lower court involvement on this matter due to the known timeline to have proven any evidence.

I paid to docket this case in 2025 and not the Watchdogs in Washington, D.C. to discuss relief from suppressed information that was not afforded to me to be aware of him seeking punitive damages or revenge for unjustifiable reasons.

Edwin educated the public as a pre-trial detainee following the revoking of his privileges to get information for him or for

34

themselves to decide who is not liable without any due process with oversight of lower courts decisions.

Watchdogs were known by Nancy Reagan as if you see something say something…. He said nothing.  Allowing them to shake me down as if I was a prisoner, searching and destroying as they chose to do and he was never available for questioning or any doubts by the federal government, or they got their jobs with Eleanor Holmes Norton's help and he used his popularity not his authority.  He, detainees, and criminals were acting on their own to revenge the Government.  I was a collectible China doll that should not have been collected.

This response is not vague.

Edwin Sloan was popular and proud of his personal achievements and the city recommended how he could be helped and protected by :

Disregarding my rights and anyone else's rights at his pleasure; for a fair trial or a review to provide questionable doubts on why I should not be held accountable due to the cosmetic designs of his appointment and not finding the culprit he should have found that caused him a STD.  The Government reviewed and took inventory of my assets with watchdogs before this illegal insurgence took place, and my family was known in this city as I was respectfully.

This was entrapment being instructed and orchestrated while suppressing his identity and story with others from me to persecute me unfairly. I knew nothing of his job and how it was created. I did not have to start at the bottom with anyone if I was considering a serious relationship with someone.

He altered my life and the political climate for the lack of hatred due to his own personal and public history that was not hidden and providing him all the ideas he would be doing for anyone if the price was right. As a female not represented only as property to provide facts debating his version of his own story, I suffered since March/April of 1992 in addition to the suspicious tragedy's my family and I had to endure alone.

I never viewed him as my husband, we did not get married, and we did not have a baby. The city pleaded and the public and people governed with the 5th amendment to achieve access to me and traumatized me. The Government did not consider the ramifications of his own actions and how far he would go to take it out on me and this city not afraid of the Agency he served but the city created a monster. Media, Technology and sports arena's with all coaches pumping their heads up.

One year prior to the death of my own father (Edwin Sloan) with his last appointment to beg support with President Obama and Nancy Ware as a J6 Detainee who served time as a prisoner in the system campaigned disregarding the No Fear Act applied to pre and post federal and local governmental employees.

36

Edwin commanded this to occur without any signs of aggression, and he was born with an unrecognizable disability like the child of Eleanor Holmes Norton which is obvious with difficulties by appearance which he never mentioned.

The No Fear Act was not imposed. He enlisted full support from the LGBTQ community which I am not a member. Along with black politicians and judges he commenced the games using a sports game book to begin by influencing them with his celebrity status as a basketball player.

I was too busy with my own life and family obligations to know what he was planning and with no threats of revenge were apparent. The No Fear Act was ignored and dismissed as policy for federal and governmental employees and entities explained by the Brigadier of all inter agency policies. This should be redistributed as reminders from guidelines for all inter agency policies.

Counsel mentions that my request to ask Edwin Sloan for guidance was not an honest request with knowledge of a vendetta or his anger towards me was known – that is FALSE with their accommodating positions. I was raised if it is not your room, you must knock first before entering.

Edwin Sloan utilized R. 11 at 2, which was not a hidden traffic sign only hidden by Edwin Sloan and the Federal Government to employ assistance to war against me without cause and full

37

knowledge with no secrets from me and took full rights to assume this was best practice to redeem a man's reputation or cost for punitive damages never claimed on the record with my knowledge against me.   He was held accountable for federal inconsistencies as a federal appointee. I request relief.

Rule 8.  I was never informed I would have to have an explanation to appease the Federal Government regarding Edwin Sloan with their support to invade my property without any notice or explanation of said allegations in the form of any punitive damages.   He was fully active in the union on duty in an underground network and therefore his claims with the lack of notification and knowledge of his claims to be enforceable, I request relief based on the No Fear Act of 2003 by not being enforced for knowing he withheld all information pertaining to

Edwin Sloan with any claims of my involvement without my knowledge of his claim as told by Edwin Sloan.

This was construed by keylock kids and modern-day mothers not officials in government to support based on an individual's popularity out of the union and active duty prior to 2015 submitting a resignation to Eleanor Holmes Norton not the Congress or Senate supported position he represented.

Along with withholding information of women he knew who were forgotten awaiting a reason to support a protest with civil disobedience to disclose their involvement.  No fear Act begins with the Government.

38

Many people know how this plays out and I was totally unaware of their art for the rings of Fire until I witnessed the answers to protect my own rights and privileges with the Courts of Law and all religious beliefs of ignoring the No Fear Act outside the restraints of Government.

Considering the shortage of real women protected in Washington, D.C. and the United States of America I request punitive damages paid as indicated for relief because no one should have written my story before the campaign was solidified by Edwin Sloan. I was my own superstar and had my own accounts of his falsified accusations with or without video of us alone.

Edwin Sloan manifested a breach of the union's duty to NOT represent fairly without hostile discrimination, and I was injured and never was told he blamed me and that was impossible, and I would manifest an attack based on misleading information regarding me, but I would rather move with the request for relief. My life did not end while I was young, and I am too old to argue over who spilt the milk. He worked with the women to contrive his story, and they should be put on point by the Feds of mingling in high-ranking positions in this city to promote disruptive means for civil disobedience. What I cannot be accused of with Edwin Sloan, however, he was as he should have on account of his statements for revenge and discovered out of order under his appointment. I should have been notified by the Government unless he lied to them.

39

I request relief. He manifested in detainment centers, on the streets homeless, not in the halls of congress where Harry Thomas is now a Shadow Senator, a former High School classmate who graduated a year before, I did not know Edwin Sloan and his father. The things you do for me, I'll do for you in Washington, D.C. politics.

Edwin Sloan had the support of congress heights known as Ward 9 in the state of Maryland where he and his mother were living, in a housing complex appealing to all athletic programs and the athletes who played with him and his fan support that enjoyed watching him play basketball.

He created his own cross-jurisdictional communications from living in Ward 9. This is not a part of the intentions by sworn and employed Law Enforcement Officers in our country that get a check every two weeks.

He unionized all the people he knew growing up and created his own world to rule with. The union's duty is compromised that are not members of the duty of law enforcement unions and was a political campaign not as a Federal Employee as an official member of the Federal Officer's Union with active service in the Law Enforcement Agency. The union of law enforcement officer brotherhood united; he was a political appointee and was demoted. He was angry with the Agency and the union's duty regarding his crimes and took it out on me with his idea of as a self-imposed union.

40

Manifesting a breach with hostile discrimination for revenge. Arranging watchdogs for justice to determine my justice and the Federal Government he desired to revenge. Not following local or federal employee guidelines to avoid compromising the No Fear Act and no discrimination Act of 2003. The Federal workforce and Government workforce tried to make me their Fall Girl. This was not official business by the District of Columbia Government or the Federal Government out of scope for all that has transpired with the monsters the Government created in a sling shot effect to his everyone by surprise but mine he made it personal with Eleanor Holmes Norton reasons to make it personal.

In 2016 prior to this insurrection my home could have been sold or 1 million dollars with the money I saved for improvements I was planning to do to increase the value more...The neighbors have me wired or camera's are in my home and I have been globally viewed. I know its true and not upset. It was all done illegally from watching the Wire on T.V. from Baltimore where Edwin Sloan took me his family's favorite place, the Cheesecake Factory and I read the book...Who moved my cheese. Now, everyone is into mickey mouse ears and minnie.

I am attempting to respond according to Rule 41(b) to not authorize the courts to dismiss on a technicality for a plain and simple explanation because the case does not correspond to a short order created briefly since it began in 1992 without my knowledge.

According to Baker v. United States Parole Com., based on a defamatory procedure was committed by Edwin Sloan and a committed bank robber not being claimed by supporting the judgement to dismiss used against him to use against me and I was not a part of the union or functions as a federal appointee to appeal a union decision or be denied.

He used his badge and detainees to gain access to my property and safe boxes at my banks with the support of the Federal Government

instruments he was allowed to keep as a formerly charged detainee unrelated to me and should be found guilty of fraudulent activities under his uniform and badge revoked or inactive under union duties given him to work according to Federal Direction and not on his own or for his defamation of character as a U.S. Marshall Representative overreaching his authorities.

This is a carbon copy of his town and not the Federal Government. He chose me and now I know who he was as someone that refuses to tell the truth in this city and not to the Federal Government who never considered his reasons based on federal discretionary measures that he was involved with illicit guns and my permission to shoot and ask questions later that was not my understanding of police training.  He created a volatile environment while I visited him only once that he said it was too late for me to drive home as most men are not

42

concerned about a woman's safety.  We have laws to protect us also.  We need more.

Karim-Panachi v. United States Congress, 105 Fed. Appx. 270, 274 grounds for the disqualification of Edwin Sloan would have nothing to do with me or any act to create any presentation as a political appointment to fulfill his obligations and I was not informed of any restrictions he had to adhere to protect his job or role with the U. S. Marshall Service as a policy builder and street knowledge advisor on how to regentrify the drugs and criminals in Washington, D.C. to get guns off the streets and the continued destruction of the black families during our drug epidemics since 1992 and earlier. They cleaned up their acts and showed up with him as a former heroin addict. HEPPA LAWS were broken by the watchdog's efforts to support his claims not the Federal Government purview to do.  Trespassing illegally without a warrant for my arrest or claim filed with our court systems pur sua sponte is not justice and fails with factual inadequacies by irregular forms of justice and against all odds he was working on illegal business not Federal Directives to serve and protect.

R. 30 was insulated to protect Edwin Sloan not my human rights or civil privileges or humility.  Edwin Sloan insulated his story and then was

insulated to form an uprising under a flag that is not American and not of the Federal Government acceptance of his power and authority following a congressional dismissal for an unrelated

43

crime he committed.  I did not provide cause for a congressional dismissal or be placed in detainment.

The question remains who was in charge to authorize the aggravated assaults on my life if not him becoming a politician following as a political prisoner to encourage the claims, I have stated in my lawsuit are true including this submission for review and for relief providing no protection under the laws while proven nothing as a Pre-trial Detainee concerning me.

He displayed or showed no aggressions towards me at all and discussed nothing – he was always quiet like my own grandfather that was a Baptist Minister he spoke very few words.

I was not angry he was trying to take advantage of me; I left on my own behalf to avoid any further conflicts with him.  NO Fear and NO threat.

All information was suppressed until 2021 when I asked him for guidance on the matters of trespassing and federal jurisdiction limitations being taken advantage of without my knowledge on my property never hidden I was in the dark and blindsided from any questions concerning Edwin Sloan during a six-month attempt to become friends in the year ending March/April 1992 and began November as an ordinary client reference in the Fall of 1991 prior to April Fool's Day in 1992, the last day I put eyes on him with his supervisor accused with sleeping with his girlfriend having a baby that was not his.

44

I object wholeheartedly to the fact that he was not guilty for spreading rumors about me with no evidence to claim without congressional approval to

act on for revenge and Holmes should have informed him of his limitations – his girlfriend slept with his supervisor before he sought me out tos revenge her according to Sloan in 2021 during our conversation about what happened with his ex-girlfriend who became pregnant – did he harm her or she harm him...he said he divorced her but Eleanor Holmes Norton's Thanks his and her service that says different with his allegations and accusations.  He did have a second child with her and was addiment he does not contact women when he is married to one, he married.

Did he harm the young man he was mentoring as a Fraternity member Mentoring Program that was on television; he said someone killed him because he broke in his house and he didn't make it out the hood.

Based on no legal rulings, footings or grounds to permit the request of a former political appointee working outside of the No Fear Act – congressionally released on unrelated crimes and last appointed to persuade President Obama to support his claims with the citizens knowledge of CoVid-19 as a smoke screen for the return of detainees for their own sense of revenge following denial to access and maintain their politically assigned positions to harvest me in determining an unspecified reason known to me that involved the claims by Edwin Sloan.

45

His actions should be revoked with dismissal of the ruling of Judge Mehta and should be denied and returned in support of Appellant for punitive damages incurred that far exceeds his reputation and masquerade of the facts ignoring No Fear Act and no retaliation clauses for government servants.

We do not share the same health issues, and we never shared the same health issues in 1992 or today. I never had a mental health advisor to function daily while living or making any decisions with my own life decisions: I am much slower and older today struggling to stay alive, to survive and alert to focus on Rule 8 and Rules demanded by Counsel as a Pro Se.

Mothers against drunk drivers ruled against me. I was created as a criminal with mental issues that do not exist and Dr. Cohen at the Superior Court Clinic could confirm that was not his assessment with my permission to research his notes. I lived a quiet and private life and Edwin Sloan did not.

My family and I have represented every branch of government and military service, where military guns were stolen and he scheduled a funeral for me without honors and with no congressional commission as a federal city and not covered by the leadership of Congresswoman Norton. He attempted to make me a porno star in the black market and now we have a Take It Down Act.

46

The off-street rules of daddies in the dark fathering children were suppressed information concerning my assumed father along with Edwin Sloan and his history and purpose with the U.S. Marshall Service fathering him a special position to protect him from his popularity.

Marston Sloan told him according to Edwin Sloan He was not his son, and he thought he was the Son of Satan.  He has a mental issue and identity crisis, I do not...I dance between both good and evil and always choose wisely.  He did not abuse Edwin Sloan, and the city is trying to make up for what they could not do for him in 1992.

The Appellant-Plaintiff can provide proof that I suffered every four to five

years with outlandish family trauma and suffered tragedies and losses of life since 1992 without reasonable explanations – many of my experiences with unexplained events was investigated by the F.B.I. without any thoughts of Edwin Sloan pretending he was Hill on President Kennedy detail as a secret service agent and known as a kid hanging around on Kennedy Street, N.W. where my two businesses were located and I began my barbering career.  I never saw or knew him before being introduced to me by one of my clients Kenny Williams, whom I was close to his dad and uncle and nephew as clients.

His friend ran away with his family's inheritance giving me a Tasmanian devil with his girlfriend that operated girls in a strip

club that was a stuffed animal in a biker's jacket as a open house gift when I opened my business in October of 1993. Edwin said he had a motorcycle accident and loved his Harley Davidson motorcycle. Edwin belonged to the D.C. Saints that are comprised of local and national street gangs.

The Watchdogs insisted I pay for everything I paid for since I purchased and improved my home, and Sloan had to pay time serving time in a detainment center. Street Justice or Federally regulated justice with a dismissed congressional appointee asked to step down with congressional support of both houses. This is not legal. He was unauthorized to act on his own without congressional endorsements required. Not just the approval by Eleanor Holmes Norton whom the Government should charge for interfering with Federal laws pertaining to Edwin Sloan because she had a special needs daughter. Now I have special needs, and punitive damages should be paid to me because I was not born with special needs.

My sisters' computers and my computers were jeopardized during the

20

home care of my mother between 2009 and 2014. I replaced all my systems, and my computers were comprised again taking my backup drives and photos as reported in 2021.

I learned he hated his own mother, and I knew he had no reason to respect one and he invited me to be able to study at his home

48

that I thought was quiet and safe.  I recognized it was not after he showed me around and I encouraged him to solve the problem with his mother before trying to have a relationship with any woman.

My home was my sanctuary and utopia owned by my grandparents and I grew up with boys and girls overreaching their authority troubling my family as a child concerning this house and I sensed Edwin Sloan was informed of the neighborhood's intentions since Hood who works in the DCRA permit office grew up with Edwin Sloan.

Clarence Thomas v. Anita Hill incident was discussed with me by Edwin Sloan and he was assigned to his detail, and he said he saw him do it; I did not agree because Edwin was mischievous and mysterious by nature.

He mentioned conversations he overheard with Hillary Clinton whom I desired to vote for rather than Obama and spoke of her negatively of things he claimed he overheard while on her detail. His popularity caused many problems while playing sports and working in a political environment I did not desire to be a part of, nor pretended I would.

 He knows how to create environments to create allegations as a man desiring to work in law enforcement enjoying police stories. His juvenile record should be revealed he was a troublemaker and mischievous, but his dad was a respected Fire Chief in D.C.; and he was protected by his

reputation not his own just like sons of preachers and politicians including athletes in the spotlight of a small city – they are nothing but trouble.

The government protected him with a supervisor and video and obviously not by audio and no congressional endorsement keeping an eye on his mischievous nature as an appointed U.S. Marshall but not in his home where he found to reside, I am not certain if it was wired as I feel my home is wired today which is unlawful and not with any congressional approvals or reasons to continue recording me for perverts and their entertainment, the Government and MPD trying to scoop the information they are needing for a confession that was not required. The Government accepted anything the Supervisor overheard upon their visit after I requested to see him to catch up on what was happening with him acting peculiar and quiet.

The taxpayers Protection Alliance and rules for Watchdogs have no grounds to support, motion and support denying the Appellant/Plaintiff relief for all damages that occurred since 1992 and recently. And for not considering statutes of limitations and the No Fear Act with a job he was working on tips like a waiter in a food restaurant depends on to survive.

I was made known of these claims in 2021 and I remain in the statutes of limitations to be enforceable to deny Counsel's motion supported by the statutes of limited and the No Fear Act

supporting why Judge Mehta ruling should not be honored. The overreaching of the District Government to dispute Federal Employee revocations that should have adhered to the No Fear Act and with recognizing the statutes of limitations with knowledge of their own jurisdictional authority not provided.

Determining a man's wealth from 1993 with or without a scheduled C job with a politically commissioned position is impossible. By the standards I used with George C. Wiley, Bert Smith and Accounting Firm to provide evidence of income taxes

I paid to support both D.C. and the Federal Government including paying for an account that was an attorney to do all my taxes since 1993 after being forced to close my own businesses on Kennedy Street, N.W. – watching Saratoga Saints flying by me laughing when asked what's going on and the Cook newspaper owner uptown saying it was my family whom I never told about Edwin Sloan.

This was an estimate of illegal money he would have earned on the side they assumed would be adequate as a known federal government position for punitive damages. Whose feelings were really harmed?  With this information, Counsel should consider an alternative if for a partial settlement, make an offer I could consider respectfully.  He did not have a job. He was spoiled by adults paying his way.

I started filing my taxes prior to death of Mr. Bert Smith and Mr. Joe Wiley took over the business from Kennedy Street where

Edwin allegedly romped around as a kid in playing cops and robbers as a juvenile being mischievous and his dad was popular as a local Fire Chief.  I never saw Edwin Sloan on Kennedy Street or if he was asked to stalk me for someone else's reasons prior to him being introduced to me following his girlfriend's pregnancy with his supervisor.  Aldophus Alston may have tacked me in Junior High School and that was Edwin Sloan's best friend.

I was required as a D.C. resident to inform another resident I have a conceal weapon before entering their home for their permission to enter and Edwin Sloan never informed me he was under surveillance with no permission or knowledge from me for him to film me and he had limited authority and later no authority with federal powers and authority to have my home violated searching for evidence or my assets documented by many submissions during these proceedings that I have not perjured myself.  Edwin Sloan informed me of nothing.

The Winfield's have worked with the Department of Transportation, Security details and the Montgomery County Police Department, Government Printing Office and DCPS and the Department of Human Services, and the Fire Departments in Virginia and several federal and local agencies while I secured my grandparents' history and artifacts from slavery.  No one in my family was incarcerated or a mailman for any crimes given time in front of a Judge or asked to sit down on our jobs.

52

We were all known as the relatives of our non- dishonorably discharged War Veterans of several wars including The Vietnam War with a paralegal training from the Air Force; she contributed to helped me understand persons with disabilities and all of their benefits with a free college education that served this country to protect me with the No Fear Act and Harper v. The Virginia Board of Elections whereby poll-taxes are required in the state due in a state with federally served U.S. Armed Forces recognized in my family where I was covered and protected - not based on Edwin Sloan's claims and detainee history as evidence with his instability to follow procedures and no representation in D.C. to vote for eminent domain under the terms Sloan was placed in detainment for unrelated offences and privileges that revoked his privileges.  He desired he could redeem his version of the story not revealing how his trickery and betrayal with trip wires to condemn me and he should have been condemned for intimidating me while betraying my trust.

I never knew he was a loose cannon, maybe that was his first post on Capitol Hill and I could not consider being intimate with him even with no signs just by the indicators with my own spiritual discernment abilities practiced and approved to avoid perverts he was being shown the world because he said yes to the Dress Satan showed him and said all of this could be yours offer???.  He trespassed with me with his desires, words, thoughts not about sex and aggressive nature he exhibited and has proven by this invasion he always showed aggression towards people like many he shared he helped to arrest, and accidents happened with

many stories he shared with me honoring himself and not his obligations.

D.C. is not a state to wield poll-taxes. I was taxed without representation illegally because Eleanor Holmes-Norton was familiar with my family from Easton High School in North Carolina. The Federal Government, et. al with Eleanor Holmes Norton's desires and he should be dismissed as legitimate and justifiable reasons to take advantage without assessing common laws shared by the inter-agency department that enacts acts navigating governmental operations from Agency to Agency to avoid conflicts such as this one with the Federal and Local Government and reviewed for accuracy by the United States of America standards to be
disproved due to the callous behaviors of detainees such as Edwin Sloan. Thinking they're untouchable and not supported by all inter agency policies and guidelines for their employment and/or placements as an appointee both federal and with the District of Columbia and noted as handicaps and possible risks.

 not mentioned allowing MPD to work out of scope of these guidelines and courthouse low marshals joined in scavenging for personal items reported at the District of Columbia Superior Courthouse while forcing me to not financially support myself after I worked standing on my feet and not as a secretary or at a desk job. Obtaining my own living expenses from working long hours to maintaining my quality of life and cost of living to be compensated for administering my parents' last will and

54

testament as I was instructed to do without said governmental influences.

The Government had no justifications to get involved because of an in-law relation with a senior judge at the D.C. Superior Courthouse as driven hate for her directed at me. I had lunch with her in the Judge's Cafeteria. I got sick.

They were just like Sloan, I can show you better than I can tell you kind of people. They were not threatening to me growing up; however, this was not about what my family would be capable of doing, I know them. I didn't know the politics in this city were not considered as politics. From a political brown noser on my board by the name of Dr. DiCarlo would be very good friends with Norton.

Much of my property was reported to Mr. Hedseth and a commanding Marshall from upstairs at the courthouse regarding the stolen items by return detainees and former MPD officers. Many are former MPD officers, and I remembered a few I knew from uptown that were dealing in black market hustles and broke laws as MPD officers trespassing and fighting over women they were with as evidence they could break protocol as I witnessed with another MPD officer who tried to date me,

and he was married. He sued MPD for accusing him of stealing a government flashlight issued taken out a car of another police

55

officer while moonlighting off duty at LOVE SUPPER CLUB and was released from duty and he sued and won with all back pay restored with a settlement; reinstated and collected retirement. He was a police instructor.

A police officer abandoned his wife with all her belongings at a bus stop.  It is apparent that many abuse the system to use the system and that fact is plain and simple.  This case is braided and disqualifies enforcement to honor any punitive damages to the District of Columbia or the Federal Government including Edwin Sloan because you desire to feed your constituents who were never evolved allegedly and I continued to resolve this mystery and Edwin Sloan did not according to the adverse reports by the citizens in the District of Columbia when I rarely inquired at all for no reason to inquired about him because he was married with children and I owe them nothing.  I was not told he was married until I asked, and Mr. Sloan told me around 2010 he relocated to the Virgin Islands as an operating Director that I know is not true while asking him in 2021.  He is working with the LGBTQ Community.

Lynching laws are still on the books because of my mother's maiden name 'Lynch' supported by Eleanor Holmes Norton and not argued to be removed with the assistance of the Federal Government while in office.  What's in a name that should be honored in Washington, D.C – Vera Winfield, Pro Se she deserves to be remembered as the best whistleblower in Town and be awarded fairly for her case before the Court of Appeals made aware of the deficiencies in Judge Mehta's Order.

56

I move for the Court of Appeals to choose justice over favoritism in the matter of Vera Winfield v. The Federal Government, et. al with a summary affirmance in favor of the Appellant/Plaintiff for relief disclosed in this claim.   Due to the process, it was compromised by failure to interpret the rights to pursue revenge and retaliation without consideration of the No Fear Act and statutes of limitations to pursue punitive damages for Edwin Sloan with time not allowed for the Appellant to have an advantage with

no notice or knowledge of claims outlined above by my representation of the facts for not establishing common laws ignored interpreting the law with privileges that were denied by the U.S. Marshall Service in 1992 and supported by the Metropolitan Police Department having video of the crimes that I had no reason to report until Edwin Sloan showed up representing the LGBTQ issues and concerns to choose eminent domain proceedings without required federal privileges and with their assistance with self-assumed law enforcement officers with federal and congressional approvals.

He campaigned for CoVid-19 with my name attached to it for a harvesting season from a local and popularized non congressional appointee position not federally mandated by our laws to assume and be protected or approved as acceptable legal means to establish eminent domain or demand punitive damages under D.C.'s non-existent laws as a state and by their own submission to do so outside federal regulations to move

57

forward with and provoke revenge by their counsel and leadership, advisory councils instructing Edwin Sloan to use his popularity and take advantage by no Federal power and authority to act on. This is submitted and filed in direct opposition of Judge Mehta's ruling supported by documents filed on July 18, 2026 following a partial deposition emailed prior to the District of Columbia Counsel submitted it and I received a hard copy many days later with more detailed information that the email that was sent as a courtesy to me. If the courts deem another amount is suitable as a partial judgement for the Plaintiff I will consider the option.

I ask the Court of Appeals after reviewing the facts of the laws mentioned and Acts enforced for federal government employees and staff that was not supported by Marshall Sloan to be authorized with his provisions appointed to him to make decisions and not the Director of his Agency and the District of Columbia for the District of Columbia Courts Circuit will understand all the improprieties mentioned that Judge Mehta never considered and will recognize all the improprieties that do not support the Defendants for Summary in full for Dismissal on a technicality of a written document and Counsel will be provided with this rebuttal to attempt to secure their decisions or revisit their decisions to submit to my request for settlement for the lack of any legal grounds to pursue.

The Federal Government must provide an offer to a resident for any acts of eminent domain proceedings do not inform people

58

my house was slotted for foreclosure with one of Eleanor Holmes friends in my neighborhood working with bringing developers in D.C. by the name of Raynell Zappatta who worked for H.U.D. and lost her job and they went crazy over shopping for free in their snatch and grab lives in retail stores. She appeasing the people she knew in section 8 housing placement facilities while she worked for H.U.D. She is friends with Norton.

Remember women are to help meet intelligence together with the assistance of men who just desire to command women is not acceptable and have their way with us. I NEVER allowed him to or the daddy in the dark of my ancestral tree or my family. I will permit no citizens or faulty processes by the Government to overstep a non-congressional process to engage in this manner not recognized by Congress to take offense against me in this unlawful process.

I honored my mother and father ONLY. The hat Counsel is wearing is far out of the scope of Marshal Sloan and MPD with a federal appointment dishonored that includes all punitive charges he should be held accountable for. I am asking for a review of the records reported on all the damage I am claiming, and he never incurred with me as a result of voluntarily harming him while he was illegally overreaching with his popularity and not his authority to appease others with me ignoring applicable federal mandates of his limited authority concerning himself. Edwin Sloan has no proof of punitive damages under the law and my visual memory of him revealing himself without knowing what...

59

he was looking at when he said what is this one morning I stayed over and did not want to be there... as I looked and he appeared like he was playing around and acting as if he was blind; he harmed me in 1992 with forceful attempts to command me as his property and I was left helpless thinking I would never charge him for his egregious nature toward me because I was young and naïve.

I witnessed nothing unusual on his private parts. I have no reason to be untruthful and my professional image versus his should solidify his mischievous nature as the incidents that occurred under his detail were provoked and accomplished by him and not someone to show up and work with Edwin Sloan on getting lawsuits against Federal Judges and other government officials.

I am requesting for full summary on behalf of the Appellant as a fair approval for relief that should be granted with respect to the No Fear Act and no grounds for retaliation by all entities of Government as indicated with the Defendants herewith that identified the first call to protect him and Federal Judges including District of Columbia Judges to not abide by the No Fear Act without any justifiable causes on an official record without my knowledge or confession of any possibility that I had the final call to attack myself and not prevent Co-Vid 19 with the insurgence by Federal Detainees marketed by Edwin Sloan and with Local MPD participations harming me. His mother may have been a police officer, but she was extremely short it appeared. He never disclosed anything about her. I hope it was not a "I want

to be better than she was" story many children choose to do from a disjointed or dysfunctional relation with their mother or father/siblings or significant others.

Edwin and Eleanor Holmes Norton and my middle named was selected after Eleanor Roosevelt when they almost named me Edwina in represent of a relative that died having childbirth. Everybody was joking with me but he was determined to defraud the government together with persons the government were watching and both Governments braided an untradeable process together and put on a show for the support of all responsible for taking care of him misleading the public, the federal and district government as a police hustle program at my expense not verified at point of interest to support his claims.  His motto, shoot first and ask questions later was created by his mother and has come at an enormous loss for me without any fair process to weigh my truth against his truth.  My mother and dad solved the mystery of Jimmy Johnson getting involved with my mother out of the blue as an MPD escort with the Metropolitan Police Department.

May the Court of Appeal honorably pardon my unintentional compliance with leniency with Counsel's request with the standards they are representing and denying access to Justice as a written and vague document with too many words and its typesetting inaccurate requesting to be denied to me by refuting the presentations by Sloan and others including false allegations with a pre-trial Marshall, pre-planning to take advantage of me and my inheritance with my life's work, my family's work and all

attached to the legacy of my home including me with extensive resumes and service to the District of Columbia supporting local businesses, firms, the government both District and Federal, Armed Forces and the Navy Branch of the United States and Capitol Hill.

My neighbors witness me daily since I purchased my home loading and unloading property and supplies along with my dress attires for day and evening attending special events I choose to attend with or without someone. This was fraud and betrayal since 1992. I ask to deny the ruling of Judge Mehta and all requests to deny my claims not supported with the statutes by Counsel and Judge Mehta who have a working relationship together and move forward with this Plaintiff's request to agree proper protocol was ignored while not alerting me or presenting a threat to be concerned about and hiding Sloan from speaking to me regarding his claims or his supervisor addressing his concerns that would have provided clarity in 1992.

Since Sloan was enlisted under special circumstances with special conditions not disclosed to me in the brief time we were seen together. I needed no man to take care of me before Edwin Sloan popped up out of the blue or after he volunteered to disappear and stay out of sight. I had no questions to ask about his whereabouts or assume he was disabled.

May the courts rule with full summary for the Plaintiff and the Plaintiff's request since irregular government process with irregular legal interpretations are without adequate

62

interpretations with enacted Acts that navigate how government should perform with no information that was not secured with a sensitive manner in 1992, the matter involved more than sex crimes and I was never informed of his mental or physical state of mind from day one.  My trauma has me thinking like a Crack Head and this is not my nature or ability to explain it according to your guidelines requested.    Edwin with his best friend orchestrated in 2012 for the impact of a Acela train system in 2012 to coincide with 1992 and being not liked as Sloan was not liked until he showed his abilities playing Basketball.  I spoke to a neighbor who remembered him attending Backus Junior High School.  I attended Backus and did not recognize him graduating from Backus Junior High School from the picture Edwin Sloan showed me on his phone the last time I saw him.

My stress and anxiety have been running away with me since all of this has occurred.  I had a higher calling to complete, and Edwin Sloan knocked me to my knees again fearing who he really was as a person at hello.  I could not solve his mode of managing himself, attitude, friends or girlfriends with his personality.  He was extremely strange, and I never knew his faith, philosophy or beliefs however a strange text the night my mom died signed from Niche who said God is Dead.

I would assume he liked Niche and this was in 2014 when I lost three spirits that year with three funerals to prepare for and attend and my American Bulldog was poisoned I had to put down who was my daily companion after work for many years that I thought could have been his and was told a motorcycle repair

63

shop owner had to get rid of her because his wife did not want the dogs around their new baby.  He had three with him in that repair shop in Capitol Heights, Maryland where Sloan lived with his mother, finding out to send a condolence card for his mother when she passed away unexpectantly.  Maybe he gave Edwin Sloan a motorcycle to use if he had nothing to drive around with. I should not pay for that gift to him.

I was confronted with many strange women along the way that I would consider was more his type with unusual confrontations and few I witnessed corrivaling around my home and showing up at my business unexpected. I recognized they were not professional women as my neighbor portrays one today who works as a mid-wife and would support the new nation being birthed by men and women today as a income motivator.  I am not complaining but they are not illuminati as they are portrayed as some rogue businesses that were set up in D.C. with Vincent Oranges assistance with enlisting JES for underpinning homes in DC.

I have attended the Chamber of Commerce Banquet and witnessed their auctions and program for an event. I recognize one that lives on Hamlin that brought a foreclosure after a Make A Wish Foundation that works at the real estate office on 12th Street, N.E. who assisted her with her landscaping and then she was gone, and I do not know if she could sell her home herself or it was auctioned.  Edwin Sloan put the squeeze on me and the government supported him for all the wrong reasons he should have been supported after saying he hates D.C. and they never

64

did anything for him. Where do the lies begin and where do they end...I was betrayed unlawfully breaking many regulations, laws with longstanding statutes that all prisoners know the loopholes that I discovered were not adhered to achieve his thoughts of revenge. They were homeless and needy and no one cared to tell me to avoid this train wreck with causes to accuse me if the Government created a response he could have attempted suicide and the city was in a uproar for the Government not investigating me and found he was working with gang members in D.C. while agitating Officials locally and federally with his means to take advantage of whomever would trust him that he would not. He designed himself as a liar and a thief before and after blowing his knee out playing basketball according to Edwin Sloan, I tried to ask as many questions he concealed when we me and he asked me was I available to escort him to his Agency Christmas Party and I felt as if I was gassed then in a dance with him at the Party. I was dizzy and lightheaded all of a sudden and I could not understand why and could not wait to get back home to go to bed.

Perhaps a spirit in the room approved me with him, stranger things have happened since that dance in 1991. I hope there were no great magicians hiding where I never looked or noticed being curious. I kept my eyes on Edwin to make sure he did not humiliate me at a formal dinner and helped him eat his plate like a gentleman guiding him on what to do and should at a formal setting. He seemed uncertain.

65

Remember women are to help meet intelligence together with the assistance of men who just desire to command women and have their way with us means he cannot find a woman to trust in. I NEVER allowed him to or the daddy in the dark of my ancestral tree Norton may remember, or my family to command me. We asked for assistance politely. I will permit no citizens to overstep a non-congressional process to engage in this manner not recognized by Congress. I honored my mother and father ONLY. Their behavior is atrocious.

He took advantage of me using his supervision required for his appointment without knowledge to allow me to choose wisely to be seen with him at all. My security systems and cameras were destroyed, and President Nixon was not aware that rooms at the Watergate were under surveillance and wired. The same thing happened to me, and I am not Michelle Obama holding a federal position in Washington, D.C. The city and Edwin Sloan took advantage of me. I was not known as a Video Vixen and never asked to be videoed or recorded even when asked I said "NO". This is why the criminals destroyed all my audio and visual electronics, text messages and photos and much more. It was rare I took selfies or pictures with anyone unless it was to remember we met on my travels or whenever I am in the mood depending on our conversations.

I sent plenty images to Detective Prince at the 5th District Police Department and blind copied a friend while incidents were

unfolding that was a friend of Edwin Sloan and attended Carrol High School the circuit by which he played basketball for Mackin High School and was known more than likely as gay or mentally challenged guys or a good sense of humor with a smart mouth in sports who were great athletes. He used his power and authority with his popularity to attack me not with congressional privileges or an official identification to impose revenge or collect for my claims for punitive damages that is warranted due to his involvements and not mine with compromising his obligations by his own decisions advised by women and the boys in the hood he trusted.

I move that the Court of Appeals favors the Plaintiff/Appellant for the submission of this information to avoid denying my rights to my privacy being violated and creating entrapment without my knowledge using the Federal Government to support this behavior from a rookie on their team not following the rule of who should be the last to know before an accident occurs. He was no longer congressionally approved to enforce trespassing as a federal officer and finished the desires of Congresswoman Eleanor Holmes Norton as if she did something wonderful is incorrect. She created a volatile environment concernng my mother and I on her mind and thoughts.

She did not want to see my mothers face again and maybe the man they say was my daddy was her boyfriend that got away that she wanted to have fun with and babies. It's a thin line between love and hate with women and their feelings about a man. I was a tomboy for a long time, and I didn't care for them or many men

that introduced themselves to me and only because my mother forced me to dress as a little girl young, I was cooperative.

I never knew of his supervision or his claim of unprotected sex crimes, he used protection trying only once and I was not being questioned under surveillance by the Federal Government attempting to keep him from getting into trouble with a past the city was aware of, and I was not. I failed to do a background check on him after he asked me to attend his Company's Christmas Party while they were checking me out with him the entire time. I did not want to be an actor in Hollywood, and no one asked me if I wanted to be involved in his charades or for their own charity opportunities. I was under surveillance without a cause to be under surveillance. This was entrapment, I am a woman and a civilian not a politician. His actions were not protected by Congress or the laws of this country as a congressional appointee.

Infringement of my privacy from beginning to end to protect the wrongdoings of Edwin Sloan with the advisement of not his own father but women is not legal or justice for a civilian using watchdogs used to watch Edwin Sloan to watch me too without probable cause or notice I was being watched attempting me get in dog fights with them or their design of trouble. Egging someone on or throwing eggs was their Easter Parade and excitement to please themselves trying to please Edwin Sloan who hated them. He only talked while driving through the city

68

about people in this city and who he arrested and helped in neighborhoods as a congressional appointee.

It appears he was a natural born spy instinct as Satan is described as according to rumors about what he does from day to day. Hence, if Satan cannot testify to tell the truth why The Counsel would feel compelled to that he was no longer protected by Congressional privileges to act on his own based on revenge by the hustle he chose to do on the side.

Their Hustle is more important than a side chick which they sent all takers to create my image.  I never went looking for nobody or desired to meet someone because of their looks or importance.

My intuition was always suspicious of men and their intentions to choose a wife or befriend me for a mistress without information engaging women in a relationship and not mentioning they are married or with child.  This is the reason Edwin Sloan should not be trusted or agencies with authority to place someone under surveillance who is not a criminal or on the Most Wanted list or enlisted in the Federal Government as a congressional appointee for reasons not to trust him;  he was a half pint of a man being encouraged and created by women. He had no mind of his own.

I had no reason to run or hide from the police or federal government.  This allowed people to stalk and terrorize me since Edwin Sloan was committed to a containment facility following dismissal of his congressional privileges.

69

This is not political transparency to do business in Washington, D.C. under any laws, statutes or regulations. I was framed by a claim I did not commit. He was in too deep to know who or what he was doing and used me as a lottery ticket and security blanket. He and the Government have no evidence of his claims, only old equipment to video of his doings for their pleasure and not for mine without knowledge I was being recorded. Nothing unusual ever happened, it was my first time being arrested domestically in 1992 or maybe it was 1983, no I took a 7-year sabbatical then. I know it was Spring of 1992.

I was a responsible young adult, and he was not. The city knew my parents trusted me over my siblings because they were busy in their careers and marriages. The congressionally and non-congressionally women related to Eleanor Holmes Norton in all branches of government waited to take advantage of the inventory in my home with me in it because of Edwin Sloan, if not using him as an excuse to, it would have happened anyway.

His popularity as a snitch on drug cartels in D.C. looking for his own side Hussle with watchdogs watching me while he was being selective to regentrify the drugs and crime business in D.C.-shuffling the cards. The same thing happened to Eric King when he was on duty during his arrest and incarceration and he was taken advantage of being terrorized. He won and I should Win too based on how he chose the eagle to fly and not respect American values or governmental standards, The Eagle or the American Flag as it was created to remind us we maintain order

70

and justice for All and dedicated to sincere service men and women for their service in our Armed Forces not Politicians service in Government derailing opportunities with political appointee to be remembered and respected as he served honorably for the women involved in government, business and politics in Washington, D.C. – They have no scruples or decency as women in powerful positions waving a wand to show power and authority by a woman.  She is a liar and a thief in her office of choice whether a Judge in sync with the woman movement they created or not.  Teaching black girls how to rock and stone men and other women is the guidance of a motherly figure today in Washington, D.C.

Honor needs to be restored to all who may work in governmental environments locally or federally.  Appointed, Hired, Elected, Selected or Volunteerism in America.  Nobody is doing their job with who is zooming who on a daily basis and from generation to generation trying to regentrify their own lives with no self-respect to expose your next Santa Claus in Government with stalking and entrapments and betrayals of their own appointed positions.

Nobody just wants to work a regular 8-hour job anymore without planning a crime against someone.  How to lower the workload for lawyers in politics or federal government jobs to make extra money on the side for lawyers only and big time Accountants who are qualified as lawyers to represent their clients in court as I had for my business accountant while in business.  I paid a lot of money (top dollar) for his knowledge and protection.  Edwin

71

Sloan and no one in town deserves top dollar for this incident disguised as retribution.

They try to get 40 acres and a Mule by any means necessary today.

I should not be paying for the knowledge of Edwin Sloan and His corruption plans with the women in this city to defraud the government and take advantage of me not employed with the government or involved in politics but as a privileged citizen I was chosen to be taken  advantage of because mother was loved and admired and respected and I looked exactly like her.  She had the Nickles women desired, and their husbands or life could not provide.  A woman's backup plans with governmental ties to the Government.   Edwin Sloan was the U.S. Marshall's Monster created by the women in this city. The Court of Appeals should provide summary affirmance for the Plaintiff as an official Whistleblower of their evil schemes and obvious ways they chose to engage as a female street sorority of saints or not, in this matter before the Court of Appeals.

On Capitol Hill, Joyce Richardson, Congressman Fauntroy's Secretary started rumors that I was selling drugs on Capitol Hill and Congressman Dellums said I was accommodating.  I had to fight and argue them down with that judgement and disrespecting me on Capitol Hill with women talking about me. Edwin Sloan must have been a Capitol Hill Police on Capitol Hill trying to get intel on me feeding them lies about me for their pleasure and Eleanor Holmes Norton who knew my aunt in North

72

Carolina as a young adult and their property and earnings. Congresswoman Holmes had to support his appointment with a Senate Approval for a federal appointment with restrictions as a congressional appointee if HE should violate his duty. Not violate my duty under any oath for the pleasure of women in politics and their friends or Edwin Sloan.

My grandmother who preceded me in death and lived here at my home was the maid of a Senator in South Carolina prior to relocating here after slavery. Her husband worked for Winfield Press in the Midwest prior to meeting his wife until their death where he got his last name and I represented with dignity until Edwin Sloan stepped on the scene with his shenanigans with the brewery boys and women holding government and utility company positions in D.C. and their Irish Pub of MPD officers. My family and I always looked and found four leaf clovers on the property I own, and I was theirs to do as they deemed to do as a four-leaf clover club. This is a Capital Crime full of lies and deceptions to take advantage of my integrity, character and life's work to deny me a future that was planned and I planned for me and not the premature judgement of citizens within these City limits with a non-congressionally supported appointee that was stripped of his privileges.

They have broken jurisdictional laws and crossed jurisdictional laws pertaining to communications without my knowledge or proof that I committed a crime with no swab test. I have not compromised any Federal or DC laws to be held accountable of the accusations of Edwin Sloan and persecuted by all involved.

He prepared me as a rat for the snakes in this city and I learned this from a Mason, Instructor and National Guardsman on how men do, who will and how they manipulated the people and events I had to walk through and with whom they chose for me to be a companion with men and women in this city.  As women were architecting to disrupt me and my mom peace of mind daily.

Operation: Hell on Earth and I walked through their fire and continued to walk with their evil plans to destroy me and my family they were jealous of us including Congresswoman Eleanor Holmes Norton.  The Lynch women were all beautiful and their husbands were hard workers, and all white men were kind to us. I was successful on my own and happily never married.  Which would have caused a technical problem to commit this crime with any accuracy to accomplish legally or illegally by their own standard norms to accomplish if I were married.

The criminal would never want my named attached to anyone to remain in open waters to take it all and leave me destitute.  They have no evidence of the claims of Edwin Sloan to follow through on orders for their own actions towards eminent domain proceedings outside a legal written process required by the Federal Government and double jeopardy would be in play in the event of any effort to today lacking a full house and senate congressional approval. Reference response on July 18, 2026 and attachment.

His hate for designing this vicious hate crime and destruction of my own character was devised by Edwin Sloan disappointing the women that supported him and would use him as they needed with his fan club that post his appointment and after his appointment was revoked and his footsteps with previous positions with politicians, the media and their use of technology with his popularized coverages as a great basketball player in Washington, D.C. – D.C. would not have been prepared for the damage to his reputation and as an appointee he would have caused by the guidance of political women who have been disrespected by men in powerful positions throughout Government – trouble for men and women in their way having their way and having a voice in Washington, D.C. He was their Fall Guy Plan. He would have posed a threat to whom he supported and was paying him for favors.

I don't support political hustlers over ordinary hustles on the streets of D.C. trying to create their own Utopia in some way under the wires. This is all illegal prosecution methods by the attempts of the women in Edwin Sloan Ears to represent as his strength and endurable abilities he believed he possessed by the gift of the appearance of his mother and her story in Washington, D.C. Perhaps he was made at the stories or she just left home with a word when he was young and he was confused.

They put a football player in jail for Pitbull fighting in Virginia and D.C. athletes with former congressional appointees to commit crimes in this city by any means necessary hiding their own last name and relationships in the dark based on their birth and

75

support to be successful at anything other than sports or their own previous lives that were selected to serve and were revoked for unspecified reasons of a capital crime by a congressional political appointee.

This is all favoritism and not legally grounded or foundationally sound to accuse me of doing harm to a political appointee with limited authority to serve as a information specialist for the government. He crucified me at Hello in public and kept them interrogating me using me as a security blanket. He was a schemer and trickster and has no congressional privileges and out of time with statutes of limitations to respond legitimately any claims despite the women in the city that supported him in the darkness.

Standard Concept: Men are dogs and Hell Dogs have government Identification Cards. That was not a secret. I never volunteered or desired to serve with a Hell Dog working with the government. Our laws clearly explain separation of Church and State with arguments and debates. Which addresses overreaching and trespassing laws were created to protect our citizens in the United States of America and scandals that are not politically housed in federal or state buildings/communal or residential living in other communities or mine. I never committed a crime on Federal Property or in their buildings with Edwin Sloan, I was intentionally aware of and careful choosing safe practices as a licensed professional and threats of rape growing up. As a citizen and Appellant I ask the Court to not allow the good ole boys and the goodfellows of our past win

tossing women and laws around like a sports game and rule in favor of their lack to establish I caused harm on federal property or a person with special privileges awarded him to be responsible for his actions representing the Federal Government and the citizens by a Congressional vote not by citizens they swore to protect and serve especially our women and children as the Italian Syndicate was loyal in doing when running the streets in America.

He was helping women grow balls in politics as a former baller looking for a mother amongst them.

The United States Park Service has the first call to the authority over land and grounds in Washington, D.C. not the U.S. Marshall Service. My family and I always dressed like Italians and were hated and persecuted because we worked for a living to survive in America and Washington, D.C. as civil service workers before the Unions were dismantled and congressional appointees became cleaners for Politicians.

There is no such thing as coincidences, and the Court should not disagree with the facts I have presented to dispute Counsel's Depositions to accept Judge Mehta's rulings who is compromised with the knowledge and being familiar with Edwin Sloan and the revoking of his congressional privileges with the young man that could but didn't. Edwin said he went to Islam and that means he spoke with Judge Mehta and revealed his story and evidence of himself that has been hidden and would make a grown man cry.

77

This was a rear-view mirror CASE of a crime with multiple events and I should WIN because all information was hidden and suppressed from me to NOT knowing their intentions to do me harm.

The questions are the elements not revealed that the Government have suppressed and have not worn out my typewriter to plead for Justice and fairness to choose wisely and persuade the Court of Appeals I am not the guilty one in this matter concerning Edwin Sloan and I was bamboozled by women attempting to use Edwin Sloan to grow balls because he played Basketball in a man's game of politics and Moses Laws that were written before women had the rights to vote.

The Counsel has no laws to explain why Edwin Sloan was hidden and could not take the stand against me in a Court of Law as a civilian appointed to a federal service job to scandalize my name and redeem his own. The is pajama politics and a scandal to protect Edwin Sloan and friends of his own mother from congressional privileges to operate under color. He still has his badge and has misrepresented himself with others with Marshall Authorization and authority to seek privileges as a legitimate Marshall on duty. He is no longer legitimate without congressional approval and if hired it does not fall under the rights of his claims to respond outside his original position at time of his alleged claims. The Federal Government bent the rules for determining his qualifications under the wire and congress would be aware of their fraudulent attempt to allow a

criminal to work under colors after being denied by Congress privileges to serve and was revoked.

I move for a Summary Judgement for the Appellant/Plaintiff on this day of July 30, 2026; and dismiss all charges and accusations towards me and provide relief requested for a lifetime of harassment  by the existence of Edwin Sloan exasperated with women based on his popularity and not his service as a Federal representative being used as a spy and agent No. 9 in the case of Vera Winfield v. The Federal Government, et. al to do harm without any reasonable cause as a politically appointed appointee and convincing Agency to allow him unlawfully aware of his charges as a civilian prior to his appointed Federal position hired under perjury and false pretenses.

Furthermore, my mother was beautiful, and my daddy was RICH. Whom I may have called DAD.  Both were hated as one was good and one was evil.  I respect men if men respect me, I was never threatened by them except for Edwin Sloan and his dad and supervisor/campaign manager and best friend according to Edwin Sloan named Adolphus Alston whom I never met or saw one day in my life until he showed me a picture of him and his mother recently.  Maybe they were his bodyguards from another church background growing up, I would not know.  Mr. Sloan said his mother worshipped the devil and he looked exactly like her.

That may have been the reason women were attracted to him....I was a passage in the Amigo Seat of his car for only a moment in time.

May the Court of Appeal rule in favor of the Appellant as a abused woman without a federal appointment to protect me or laws that would respect any woman meeting men like Edwin Sloan in Washington, D.C. to escort their lives to a homeless shelter or the House of Ruth for abused and battered women. My request is more than reasonable and negotiable depending on the standards to weigh the wealth of my family to the wealth of Edwin Sloan's family before his appointment or NBA contract he refused to accept as a child minded man and commit no more crimes on his own known as foul play politics and how to masquerade the law with it to protect him and not me with a family of my own choosing how to protect our own names and accomplishments.

He had no congressional permission and the rehiring practices of the Federal Government with their own known felons in their own system serving citizens in the District of Columbia is fallible at best with knowing his behavior and insincere intentions to the Federal Government before his own desire to serve himself with or without their permission as his unfinished work or obligation he deemed necessary to all the women figurines that appeared like they were his mother instructing him.

Justice for some and not for all questions the integrity and compromising measures taken to persuade judges and lawyers decisions regarding civilians with irregular judicial proceedings, reputations known or unknown and presenting a case in fairness with all information available to rule not by a selective ruling

80

based on favoritism for one man and fathers creating a better Nation. A prescribed prescript of description of me to take advantage of me by all means necessary that was thought of the day I was born. The Omega in the family while Edwin coincidentally was an Alpha Fraternity member. I am not sure he has a lived a resume according to his age and time to graduate from High School in 1979. He was listening to women not men.

This case introduces the woman that could have prevented the National Pandemic with Federal Detainees in the White House in our Nation's Capital including at my residence at 2905 13th Street, N.E. with another large white house trying to be foreclosed on by the methods to attempt seeking a Hail Mary Play from the kids in the neighborhood and Edwin Sloan who creates their share of drug addicts he knew before his drug addiction problems he likely got for free to inject heroine in places not considered normal in case he could return to work one day and not wear long sleeves and a suit. Or, while working out in the gym. He desired to live as a Magician doing magical acts to confuse people what happened to them. His free drug use in a free drug zone world was considered as punitive damages being requested and should be denied because of the company he always chose to keep not including me.

He was looking for a Mother Figure and could Not Find One.

Formerly known as Chocolate City with too many of the cocoa-minded criminals serving their revenge with run-ins with my family counting on me with my own legacy and my family's legacy

in remembrance of the GIANTS we were here in Washington, D.C. to Boston, Massachusetts and all points north, south, east and west of the District of Columbia. We were not immigrants we were American born in the United States of America.

I demand justice and retribution for all of these acts that are not protected by our laws and protect this whistleblower or non-congressional representative not appointed with LIMITED authority to move forward should Appellant case be denied based on misuse of their Power and Authority including Edwin Sloan who was not protected by our laws due to his violations of the law discovered crying Wolf for a Washington Post Picture and article.

We have no governor or senator in the District of Columbia to move such an order or request on behalf of this faithful and law-abiding citizen with their enemies of the state running orders with limited power and authority and supporting criminals in need not the meek or humble way of charity towards our fellowman or women with children and no daddy at home and were unemployed.

Everybody cleaned up their act to appear innocent and destroyed my image for me to look crazy and homeless like my mom looked poor raised in the country like other women that found a way to get out of there to find a better life and be respected she is a woman. Along with their best friend Officer PJ Mcartle who said I would be alright. I never told Edwin Sloan that

he would be alright for any reason to be concerned or not concerned about his life or life decisions I was aware of.

In God We Trusted was cancelled because of Edwin Sloan and his Supervisor with the Federal Government believing his side of his story and never asking me for mine.  I should WIN based on their betrayal manipulating those who had NO power and privileges to achieve denial of my civil and human rights with illegal entrance to my life and property as reported to MPD and many offices with their authority to investigate in the District of Columbia when notified by me and exposing those whom would have continued to betray the Government.

Their selfserve/drivein insurgence to create The Godfather Movie with the assistance of Edwin Sloan as an untouchable and never testify permission provided to do so without a legal case against me to be decided by the government awaiting a pre-trial decision without my knowledge of the meaning of a pre-trial Marshall whereby he never mentioned pre-trial nothing as a Marshal and the ruling by Judge Mehta should be denied and favor the Plaintiff manipulating the wrongdoings of Edwin Sloan to shame me for no wrongdoings or a threat to the Federal Government and our legal system as he was constantly testing what he could get away with for the highest bidder in

83

that uniform. There were no joint congressional approval or rehiring practices to defraud congressional decisions considered to revoke his privileges.  As a senior federal appointee, he would have no hiring privileges for the Federal Government to persuade an insurgence with federal appointees, federal officers, retirees or officers working for MPD. No official oversight and they overreached their individual privileges to take advantage of the respective Agencies.

May the Court of Appeals find the Appellant suffered and move for dismissal of all the motions by the Counsel and favor the Appellant for relief deserved for her suffering claimed in the review of the ruling of Judge Mehta that was accommodating to Counsel and Edwin Sloan during irregular judicial proceedings outside Congressional reviews that I was not invited to speak on my behalf concerning any complaints and not allowing adequate time to respond to counsel not receiving motions during a snow storm allowing Mehta to rule for failure to respond.

 The Courts have been prepped by Edwin Sloan and the friends of Congresswoman Norton.

There was no official oversight in conducting government affairs with respect to Edwin Sloan due to the involvement of Congresswoman Norton.  While Judge Mehta was reviewing the

84

motions of Counsel and my side of the evidence was not acceptable or proven by Rule 8 standards, the Federal Government and the U.S. Congress and Senators that supported Edwin Sloan without a response from me allowed by standard proceedings was omitted because he lost all privileges from separate violations.

They do not desire me to win because then they have to answer why was evidence hidden from me and their taxpaying watchdogs had enlisted me on a watch list for Eleanor Holmes Norton to prove she can confuse women just like men has abused women.  Counsel fail to prove their case under laws and cases quoted in their depositions and not require the public to purge me for answers unlawfully.  My vagina has not fallen out or in the lost and found.  I am fully intact and not sickly stricken as Edwin Sloan may have confessed, he was sick stricken, and I was the culprit in causing him to feel sick when there were too many players on the field to point fingers at me for any reason, they imagined they could.  Of course, nosey neighbors would desire to be involved.  This surpasses the statutes of limitations, and they could edit information if they took information to prove or disprove any allegations to support this crime of a century looking to sell with the help of Century 21 Real Estate Offices in the neighborhood.

85

This Counsel motion should be dismissed and provide relief for the Appellant/Plaintiff as a Pro Se with prejudice and stop wasting taxpayer's dollars on this frivolous claim by Edwin Sloan who crashed and burned himself with the women in government to do or not to do by any decisions he chose to do without my permission and refusing my advice and guidance regarding his life decisions from day to day up until today. The citizens of the District of Columbia are participating unlawfully. The residents must be sworn in by Congress not by Edwin Sloan.

Why must women fight so hard, and people listen to me only to protect their own pride and vanity with their goal to take advantage of another woman's heritage and legacy. Appellant requested $5 million dollars for the inconvenience of this unprovable and unlawful process by the Federal Government and suffering she incurred with the loss of my real property and loss of all of my liquid able assets. I was not promiscuous; Edwin Sloan was and the women he was dating while choosing to date men today as he dated all the men and women in political positions including judges, but none were Congressional approved.

Remember women are to help meet intelligence together with the assistance of men who just desire to command women and have their way with us.  I NEVER allowed him to or the daddy in the dark of my ancestral tree or my family.  I will permit citizens to overstep a non-congressional process to engage in this manner not recognized by Congress.  I honored my mother and father ONLY. While listening to men attempting to take advantage of women all would never think this was true.  I have had to fight men off me all my life and now I am fighting Mr. Sloan and the District's and Federal's Attorney General Offices regarding my reputation and financial status on how I choose to have sex with a man or not.  This is not a frivolous claim or case before the Court of Appeals and yield to your supporting the Appellant/Plaintiff on this matter of 26-5075.  The claims by Marshall Sloan with any senate approval should be denied based on statutes of limitations to pursue his claims not filed as an official complaint against me through our judicial processes to proceed with actions moved and approved by suppression of all information regarding Edwin Sloan.

Washington, D.C. has no vote on the floor of Congress to move a plan to destroy me in broad daylight.  I am not a broad, I am a woman in his Amityville City of Horror stories about me.  This is not Philadelphia, New York City or Los Angeles, California with governing with no Governor to approve these acts claimed in my lawsuit that occurred on 13th Street, N.E. in Washington, D.C.

reported to all law enforcement, politicians and the Citizen Advisory Council prior to attempting to find Edwin Sloan for questioning what I should do about this problem I incurred that he did not incur as a civilian with special privileges.  This is betrayal and not fair and equitable justice being served by the Appellees request to support the decision of Judge Mehta.  How did religious beliefs play a part in this betrayal of gerrymandering for rights to my life's work and future goals. This is not a question. What happened to a city I trusted would know better to do better for the citizens of the District of Columbia under local and federal statutes that ignored my rights and privileges based on gossip and not facts to support the claims of Edwin Sloan.  This is bad business and not good practices to rule unjustly against a woman not into the intellectual properties of athletes in this city.  The Counsel's request should be denied and move in favor of the Plaintiff/Appellant for justice served without consideration of the statutes of limitations being enforceable and overlooked as a consideration to support their endeavors for providing public needs with my financial gains and resume of my own history employed in Washington, D.C. without taking off for unscheduled sick leave with pay from the government or an employer.

I was never provided any official notice of this preplanned surge on my life or reasons to warrant a surge by the Federal Government or Congresswoman Eleanor Holmes Norton as our congressional representative at the time that I knew my family in North Carolina where our gas station ice bags are contracted from.  I was defrayed by the government and Edwin Sloan is not

telling the truth about my involvement with him.  His memory has been compromised and mine is not compromised.

He was coached as an athlete to commit his feelings to do harm to me.  This was not legitimate information acquired legally, or a legal and judicial process not considered by Edwin Sloan with the Judges privilege of knowing him due to his political appointment and popularity.  This should not be justice in America based on popularity and civilians appointed to positions in government agencies to choose how to wield power and authority without going through the proper channels to do so.

I have paid to have docketed and filed to pursue a fair and justifiable decision based on the laws and rights of a civilian to appeal the support of another civilian with former political authority by holding governmental credentials and an identification as I was provided as a political appointee; to rule a decision in his own favor.

This is not Blackjack 21.  This is undeserving privileges that should be corrected by ruling in favor of the Appellant to avoid this happening again to contribute to numbers supporting femicide statistics and charity for the underserved citizens in this city and other cities in the United States of America.  This is not the story of Citizen Caine, the former director of the C.I.A.  why is this acceptable for a political appointee for the U.S. Marshall Service as a citizen not a Marshall serving under full colors and privileges as a law enforcement officer.  He performed like a cleaner for a underground syndicate, and I pray a former mob

89

boss was not who fathered him instead of Marston Sloan.  The bones were hidden, and silence was golden to take advantage of me with no official evidence to support his claims.  Counsel's request should be denied. My cellphones and text messages were stolen, and I am over 60 years old not seventeen again to recover details that coincide with his claims.

This is madmen and men who hate women and their own mothers perpetuated this crime that was reported and is not true to the best of my own abilities remembering all occurrences and not his abilities with his own popularity with the boys in this city or detainment centers camping out and campaigning for revenge.  Being homeless was not on my itinerary to see if I am stronger than Edwin Sloan quitting when he was ahead of the game as a federal political appointee.

I never knew he had surrendered his job for having no official evidence against me to lose his job and be charged for illegal gun possessions in his dreams of shooting first and asking questions later as he told me if likely any women showed up looking for him or wanted criminals.  He was not legitimate to write reports, and neither was I authorized for shooting an individual with federal or government issued/stolen service weapons.

Where is the logic and logistics in the courts supporting these issues from the history of Edwin Sloan and denying my clean record prior to CoVid-19.  My availability to answer any questions on Capitol Hill or the U.S. Marshall Administrative Hearings that Edwin Sloan was heard, documented, processed and recorded

were denied to me as a legal citizen in the District of Columbia to testify to his claims if his claims caused him to lose his job.

His position would not need blood test to deny employment as a civilian operative for a government agency according to the reasons blood test were required when I was first licensed as a Barber in the District of Columbia. He would fall under District rules not Federal standards as a political appointee. He hustled the system before regulations were changed for District residence in the soft trades.

The rule is speak when spoken to not talk and tell what people should not honor HEPPA Laws for your own privacy to be denied employment or personal privacy rights exploited attempting to exploit the rights of others because you want to cry someone did something wrong to create his own innocence as an adult with a job few men were privileged to be appointed to with no laws protecting them for doing illegal activities on their jobs by overreaching an appointed position not an earned position based on a merit system used by our military forces in America.

Submitted July 30, 2026

Respectfully Submitted,

_Vera Winfield_

_____

Vera Winfield, Pro SE

2905 13th Street, N.E.
Washington, D.C.  20017
WinfieldVera1980@gmail.com
202-882-7023
202-264-0734

Defendants will receive a copy by email and delivered to Marston Sloan.

Remember women are to help meet intelligence together with the assistance of men who just desire to command women and have their way with us.  I NEVER allowed him to or the daddy in the dark of my ancestral tree or my family.  I will not permit citizens to overstep a non-congressional process to engage in this manner not recognized by Congress.   I honored my mother and father ONLY and The American Flag.

Winfield
2905-13th St. N.E
Washington, DC 20017



The Clerk of the Court
The United States Court of Appeals
for the District of Columbia Circuit

333 Constitution Avenue, N.W
First Floor mail box 7/30/2026

Washington, DC 20001